IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 21 1997

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| DEFENDANT. | § | |

## AGREED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE PLEADINGS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes American Airlines, Inc., and files this its Agreed Motion for Extension of Deadline and in support of same respectfully shows the Court as follows:

I.

Plaintiff filed a Motion to Strike Pleadings and a Motion for Summary Judgment on February 4, 1997. Pursuant to this Court's local rules, Defendant's response to both Motions would be due on or before February 24, 1997. Neither Plaintiff nor Defendant have completed initial discovery in this matter. Additionally, although Plaintiff and Defendant are attempting to schedule depositions, no depositions have been taken. The parties are in agreement that the deadline for Defendant's response to the above Motions should be extended for thirty (30) days after the deposition dates of Plaintiff and Defendant's witnesses.

II.

The extension of time requested herein is not sought for delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, American Airlines, Inc. respectfully requests that the Court grant its Agreed Motion for Extension of Deadline and that the deadline for responding to Plaintiff's Motion to Strike Pleadings and Motion for Summary Judgment be extended to thirty (30) days after the deposition dates of the Plaintiff and Defendant's witnesses, and for such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

JACKSON & WALKER, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

By: _____
David T. Moran
State Bar No. 17358700
James D. Struble
State Bar No. 19425700

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

AGREED AND APPROVED:

_____
Heriberto (Eddie) Medrano
State Bar No. 13897800
1101 West Tyler
Harlingen, Texas 78550
Telephone: (210) 428-2412
Telecopy: (210) 428-2495

COUNSEL FOR PLAINTIFF
HECTOR A. CASAS

AGREED MOTION FOR EXTENSION OF DEADLINE
TO FILE RESPONSE TO MOTION FOR SUMMARY
JUDGMENT AND MOTION TO STRIKE PLEADINGS - PAGE 2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been forwarded to Plaintiff's counsel of record on this 19th day of February, 1997.

Heriberto (Eddie) Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas  78550

_____
James D. Struble

1550817.01
101490.38

**AGREED MOTION FOR EXTENSION OF DEADLINE
TO FILE RESPONSE TO MOTION FOR SUMMARY
JUDGMENT AND MOTION TO STRIKE PLEADINGS** - PAGE 3