MAR 12 1997

MICHAEL N. MILBY, Clerk
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 4 1997
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| DEFENDANT. | § | |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE PLEADINGS

On the 4th day of March, 1997, came on to be considered the Agreed Motion for Extention of Deadline to File Response to Motion for Summary Judgment and Motion to Strike Pleadings in the above-referenced cause. The Court is of the opinion that the Agreed Motion is well taken and should be GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED that the deadline for American Airlines, Inc. to file a response to Plaintiff's Motion for Summary Judgment and Motion to Strike Pleadings is extended to a date thirty (30) days after the depositions of the Plaintiff and Defendant's witnesses.

SIGNED this 4th day of March 1997.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

By: _____
Heriberto (Eddie) Medrano
State Bar No. 13897800
1101 West Tyler
Harlingen, Texas 78550
Telephone No. (210) 428-2412
Facsimile No. (210) 428-2495

COUNSEL FOR PLAINTIFF
HECTOR A. CASAS


JACKSON & WALKER, L.L.P.

By: _____
David T. Moran
State Bar No. 17358700
James D. Struble
State Bar No. 19425700
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone No. (214) 9553-6000
Facsimile No. (214) 953-5822

COUNSEL FOR DEFENDANT
AMERICAN AIRLINES, INC.

1550824.01
101490.38

ORDER GRANTING AGREED MOTION FOR EXTENSION
OF DEADLINE TO FILE RESPONSE TO MOTION FOR
SUMMARY JUDGMENT AND MOTION TO STRIKE PLEADINGS - PAGE 2