J. S. DISTRICT COURT, CLERK
SOUTHERN DISTRICT OF TEXAS
FILED: 4-24-97
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HECTOR A. CASAS

VS.                    CIVIL CAUSE NO. B-96-207

AMERICAN AIRLINES, INC.

MOTION FOR CONTINUANC

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Hector A. Casas, Plaintiff herein, by and through his Attorney of Record, Heriberto Medrano and hereby makes and files this Motion for Continuance and by way of this motion would show that currently a pretrial conference is set on this matter for April 24, 1997. Plaintiff would further show that his counsel is scheduled to be at a sentencing hearing in Federal Court in Savannah Georgia in Cause No. CR 496-170 Style United States America V. Juan Roberto Suarez.

Plaintiff would show that this motion is unopposed, and that May 20, 1997 at 9:30a.m. is a convenient date.

Respectfully submitted,

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone (210) 428-2412
Facsimile (210) 428-2495

Heriberto Medrano by CF
Heriberto Medrano                by permission
State Bar No. 13897800

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the above and foregoing Plaintiff's **Motion for Continuance** has this 24th, day of April, 1997 sent by regular mail to counsel of record as follows:

David T. Moran
JACKSON & WALKER, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

*Heriberto Medrano* by CF by permission
Heriberto Medrano
State Bar No. 13897800