IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

J. S. DISTRICT COURT, CLERK
SOUTHERN DISTRICT OF TEXAS
FILED: 4-24-97

Michael N. Milby, Clerk

HECTOR A. CASAS

VS.                             CIVIL CAUSE NO. B-96-207

AMERICAN AIRLINES, INC.

## ORDER

On this day, came to be considered the foregoing Plaintiff's **Motion for Continuance** and after due consideration the Court is of the opinion that the Motion for Continuance be GRANTED and hearing is scheduled to be CONTINUED for May 20, 1997 at 9:30a.m.

JUDGE PRESIDING

SIGNED this the 24th day of April, 1997.