10

# CHAMBERS MINUTES

**Fidencio G. Garza, Jr., Judge Presiding**
**Southern District of Texas, Brownsville Division**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D
MAY 20 1997
Michael N. Milby, Clerk

Law Clerk      : Paul G Hajjar

Date           : May 20, 1997, 9:30 am

---

**C.A. B96 207 (FBV)**          *   **Counsel:**

---

HECTOR A. CASAS                 *   Heriberto Medrano
     vs                         *
AMERICAN AIRLINES, INC.         *   James D Struble

---

TELEPHONIC INITIAL PRETRIAL CONFERENCE

Telephonic conference held with attorneys Medrano and Struble.

The Plaintiff shall be deposed on June 11, 1997, at 1 pm, at attorney Medrano's office (Harlingen, TX).

All motions shall be filed by August 15, 1997 and a hearing will be se thereafter. Scheduling dates will be given if the Motion for Summary Judgmen is not resolved.