11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 27 1997

Michael N. Milby
Clerk of Court

HECTOR A. CASAS

VS.                                 CIVIL CAUSE NO. B-96-207

AMERICAN AIRLINES, INC.

## PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Hector A. Casas, Plaintiff herein, by and through his Attorney of Record, Heriberto Medrano, and hereby makes and files this Motion for Leave to file its First Amended Original Complaint pursuant to F.R.C.P. 15(a), and in support hereof, the Plaintiff would show the court as follows:

I.

Plaintiff would like to amend its original complaint at this time to comply with Rule 23(a) and (b) F.R.C.P. concerning class actions.

II.

Plaintiff accordingly moves for leave of court to file its proposed First Amended Original Complaint a true and correct copy of which is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes. F.R.C.P. 15(a) states that leave of court shall be "freely given when justice so requires". This is especially so for the first motion for leave to amend. <u>Thompson v. New York Life Insurance Co.</u>, 644 F.2d 439, 444(5th Cir. 1981).

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully move for

leave of Court to file its First Amended Original Complaint and further requests such other and further relief as the court deems just in this matter.

    Respectfully submitted,

    Law Offices of
    Heriberto Medrano
    1101 West Tyler
    Harlingen, Texas 78550
    Telephone (210) 428-2412
    Facsimile  (210) 428-2495


    _____
    Heriberto Medrano
    State Bar No. 13897800