UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 01 1997

Michael N. Milby, Clerk
By Deputy: _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 3 0 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HECTOR A. CASAS

VS.   CIVIL CAUSE NO. B-96-207

AMERICAN AIRLINES, INC.

## ORDER

On this day, came to be considered the foregoing **Plaintiff's Motion for Leave to File Its First Amended Original Complaint** and after due consideration the same is hereby

(Granted)   ~~(Denied)~~

_____
JUDGE PRESIDING

SIGNED this the 30th day of June, 1997.