IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 9 1997

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant American Airlines, Inc. (hereinafter "American"), files this its

Motion for Continuance and Response to Plaintiff's Motion to Strike and would respectfully show

the court the following:

### I.

### MOTION FOR CONTINUANCE

Now pending before this Court are Plaintiff's and Defendant's Motions for Summary

Judgment and Plaintiff's Motion to Strike. If the Court grants Defendant's Motion, the Motion to

Strike will be moot. Because many of the issues encompassed by Plaintiff's Motion to Strike are

the same issues presented to this Court in Plaintiff's Motion for Summary Judgment and Defendant's

Motion for Summary Judgment, Defendant would request that this Court allow Defendant to respond

to Plaintiff's Motion Strike after the Court's rulings on the pending motions for summary judgment.

Most, if not all, of the affirmative defenses Plaintiff seeks to strike would be affected by the Court's

ruling on the respective motions for summary judgment. Defendant would therefore ask that this

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE                    PAGE 1

Court give Defendant thirty (30) days after the Court's ruling on both motions for summary judgment in which to respond to Plaintiff's Motion to Strike, if such response be necessary.

## II.

## RESPONSE TO MOTION TO STRIKE

Subject to Defendant's Motion for Continuance as stated above, Defendant responds to Plaintiff's Motion to Strike as follows:

Pursuant to Federal Rule of Procedure 10(c), Defendant adopts by reference Defendant's Response to Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment and Brief In Support Thereof, along with all summary judgment evidence submitted by Defendant.

Venue - Defendant withdraws its affirmative defense of improper venue.

Motion to Strike Paragraphs VIII(2-9).  In support of the eight affirmative defenses subject to Plaintiff's Motion to Strike, Defendant adopts by reference pursuant to Federal Rule of Civil Procedure 10(c) Defendant's Response to Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment and all summary judgment evidence attached thereto.   Pursuant to the facts, arguments and authorities cited therein, Defendant requests that this Court deny Plaintiff's Motion to Strike the affirmative defenses listed in paragraphs VIII (2-9).

## III.

## PRAYER

Defendant respectfully requests that this Court grant its Motion for Continuance and allow Defendant thirty (30) days after the Court's decisions regarding Plaintiff's and Defendant's

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**                    **PAGE 2**

motions for summary, on which to respond to Plaintiff's Motion to Strike.  In the alternative,

Defendant requests that this Court deny Plaintiff's Motion to Strike Defendant's affirmative

defenses VIII(2-9).

<div style="margin-left:50%;">

Respectfully submitted,

**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas  75202
(214) 953-6000
(214) 953-5822 (Telecopy)


By:_____
      Attorney In Charge
      **David T. Moran**
      State Bar No. 17358700
      **James D. Struble**
      State Bar No. 19425700

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

</div>

## CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of this document has been served upon the Plaintiff's counsel of record by certified mail, return receipt requested, on this _14_ day of August, 1997.

Heriberto (Eddie) Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas  78550


                                 _____
                                 David T. Moran

1616046.v1
101490.38

ClibPDF - www.fastio.com