IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 23 1997

Michael N. Milby, Clerk of Court

HEARING ON MOTION FOR SUMMARY JUDGMENT B/4 JUDGE GARZA

OCT 15, 1997 -------------------------------------------------------------------------------- 2 PM
(Federal Courthouse & Post Office Bldg., 1001 E. Elizabeth, 3rd Floor Courtroom, Brownsville, TX 78520 956/548-70l)

## C.A. B96 207 (FBV)

| | | |
|---|---|---|
| HECTOR A. CASAS | * | Heriberto Medrano |
| VS | * | |
| AMERICAN AIRLINES, INC. | * | David T Moran<br>& James D Struble |

PS Form 3811,