21

United States District Court
Southern District of Texas
FILED

SEP 2 6 1997

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW American Airlines, Inc., Defendant, and hereby makes and files this Motion for Leave to File its First Amended Original Answer pursuant to F.R.C.P. 15(a) and in support thereof, would show the Court as follows:

I.

Defendant wishes to amend its Original Answer at this time to respond to Plaintiff's class action claims.

II.

Defendant moves for leave of court to file its proposed First Amended Original Answer, a true and correct copy of which is attached as Exhibit "A" to this Motion and incorporated herein by reference for all purposes.

III.

This is Defendant's First Motion for Leave to amend.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests leave of Court to file its First Amended Original Answer.

DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER- Page 1

Respectfully submitted,

**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 (Telecopy)

By: _____
     David T. Moran
     State Bar No. 17358700
     **James D. Struble**
     State Bar No. 19425700

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the Plaintiff's counsel of record by certified mail, return receipt requested, on this 3rd day of September, 1997.

Heriberto (Eddie) Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas 78550

_____
James D. Struble

1634571.01
101490.38

**DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER- Page 2**