# COURTROOM MINUTES

MAGISTRATE _____ FIDENCIO G. GARZA, JR. _____ PRESIDING

COURTROOM CLERK _____ GUADALUPE VEGA _____

COURT REPORTER/TAPE NO.: LUCIA GOMEZ, ERO _____

LAW CLERK _____ PAUL HAJJAR _____

INTERPRETER _____

U. S. MARSHAL _____ ALAN FRY, CSO _____       DATE: OCTOBER 15, 1997

United States District Court
Southern District of Texas
FILED

OCT 1 5 1997

Michael N. Milby, Clerk of Court

CIVIL ACTION NO. B-96-207 _____

HECTOR CASAS _____                    HERIBERTO MEDRANO _____

_____                                 _____

VS.

AMERICAN AIRLINES, INC. _____         JAMES D. STRUBLE _____

_____                                 _____

_____

DOCKET ENTRY:  PROCEEDING   HEARING ON MOTION FOR SUMMARY JUDGMENT _____

HEARING HELD WITH THE ABOVE-NAMED COUNSEL.  PLAINTIFF PRESENTED ARGUMENTS ON THE MOTION FOR SUMMARY JUDGMENT.  DEFENDANT RESPONDED.  PLAINTIFF HECTOR CASAS REQUESTED PERMISSION AND WAS ALLOWED TO ADDRESS THE COURT, PRO SE, ON HIS MOTION FOR SUMMARY JUDGMENT OVER DEFENDANT'S OBEJCTION.  COURT TAKES MATTER UNDER ADVISEMENT.