Case 1:96-cv-00207 Document 25 Filed in TXSD on 10/21/1997 Page 1 of 8

25

United States District Court
Southern District of Texas
FILED

OCT 21 1997

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HECTOR A. CASAS

VS.                                    CIVIL CAUSE NO. B-96-207

AMERICAN AIRLINES, INC.

### PLAINTIFF'S NOTICE OF POTENTIAL CLAIMANTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Hector A. Casas, Plaintiff herein, by and through his Attorney of Record, Heriberto Medrano, and files this Notice of Potential Claimants, and by way of same would show as follows:

I.

Pursuant to Title 14 C.F.R. 235, all U.S. airlines that have at least one percent of the total domestic scheduled-service passenger revenue must report on a monthly basis, all mishandled baggage reports to the U.S. Department of Transportation, who complies and reports this information in a publication published by the Department's Office of Aviation Enforcement and Proceedings entitled Air Travel Consumer Report. The term "mishandle baggage" includes lost, damaged, delayed or pilfered baggage.

Plaintiff hereby attaches and incorporates by reference excerpts from this publication which shows the total number of mishandled baggage reports reported by among other, Defendant American Airlines for the following time periods.

| | | |
|---|---|---|
| January-December | 1994 | 316,601 |
| January-December | 1995 | 322,841 |
| January-December | 1996 | 343,039 |
| April | 1997 | 25,139[1] |

These reports also reflect the total for other domestic airlines many of which still have language which purports to absolve themselves of all liability for certain items. It is therefore clear and reasonable to assume from the foregoing statistics that the potential class is quite large.

Respectfully submitted,

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone (956) 428-2412
Facsimile  (956) 428-2495

_____
Heriberto Medrano
State Bar No. 13897800
Federal No. 5952

---

[1] Plaintiff has good reason to believe that these figures are very conservative and that the true number may be as much as 10 times higher. The figures quoted above are from the reports received by the respective airlines and do not include those losses which were never reported at all.

# Air Travel Consumer Report



Issued: FEBRUARY 1997
Includes data for the following periods:

| | |
|---|---|
| FLIGHT DELAYS | December 1996 |
| | January-December 1996 |
| MISHANDLED BAGGAGE | December 1996 |
| | January-December 1996 |
| OVERSALES | 3rd Quarter 1996 |
| | January-September 1996 |
| CONSUMER COMPLAINTS | December 1996 |
| | January-December 1996 |

US Department of Transportation

Office of Aviation Enforcement and Proceedings

ClibPDF - www.fastio.com

## MISHANDLED BAGGAGE



This section gives the rate of mishandled-baggage reports per 1,000 passengers by carrier and for the industry. The rate is based on the total number of reports each carrier received from passengers concerning lost, damaged, delayed or pilfered baggage. Like the data on flight delays in the previous section, as required by 14 C.F.R. 234 these baggage statistics are filed with DOT on a monthly basis by U.S. airlines that have at least one percent of total domestic scheduled-service passenger revenues.

OFFICE OF AVIATION ENFORCEMENT AND PROCEEDINGS
U.S. DEPARTMENT OF TRANSPORTATION

## JANUARY-DECEMBER
## MISHANDLED BAGGAGE REPORTS
## FILED BY PASSENGERS

| JAN-DEC '95 RANK | U.S. AIRLINES | January-December 1995 | | | January-December 1994 | | |
|---|---|---|---|---|---|---|---|
| | | TOTAL BAGGAGE REPORTS | ENPLANED PASSENGERS | REPORTS PER 1,000 PASSENGERS | TOTAL BAGGAGE REPORTS | ENPLANED PASSENGERS | REPORTS PER 1,000 PASSENGERS |
| 1 | Southwest | 213,409 | 50,038,568 | 4.26 | 184,138 | 44,260,450 | 4.16 |
| 2 | Continental | 150,466 | 32,058,464 | 4.69 | 244,161 | 37,053,788 | 6.59 |
| 3 | America West | 80,175 | 16,646,977 | 4.82 | 70,524 | 15,579,622 | 4.53 |
| 4 | USAir | 272,782 | 55,691,561 | 4.90 | 352,372 | 58,669,407 | 6.01 |
| 5 | American | 322,841 | 63,496,582 | 5.08 | 316,601 | 66,180,926 | 4.78 |
| 6 | United | 359,667 | 68,739,692 | 5.23 | 353,158 | 64,277,386 | 5.49 |
| 7 | Delta | 435,807 | 82,472,385 | 5.28 | 417,140 | 84,184,094 | 4.96 |
| 8 | Alaska | 54,787 | 9,524,093 | 5.75 | 42,280 | 8,248,319 | 5.13 |
| 9 | Northwest | 260,903 | 41,243,990 | 6.33 | 229,645 | 38,074,713 | 6.03 |
| 10 | Trans World | 126,762 | 19,891,059 | 6.37 | 111,505 | 19,143,369 | 5.82 |
| | Total | 2,277,599 | 439,801,371 | 5.18 | 2,321,524 | 435,672,074 | 5.33 |

Note: TOTAL BAGGAGE REPORTS  — For the domestic system only. These are passenger reports of mishandled baggage, including those that did not subsequently result in claims for compensation.

ENPLANED PASSENGERS  — For the domestic...

OFFICE OF AVIATION ENFORCEMENT AND PROCEEDINGS
U.S. DEPARTMENT OF TRANSPORTATION

## JANUARY-DECEMBER
## MISHANDLED BAGGAGE REPORTS
## FILED BY PASSENGERS

| JAN-DEC 96 RANK | U.S. AIRLINES | January-December 1996 | | | January-December 1995 | | |
|---|---|---|---|---|---|---|---|
| | | TOTAL BAGGAGE REPORTS | ENPLANED PASSENGERS | REPORTS PER 1,000 PASSENGERS | TOTAL BAGGAGE REPORTS | ENPLANED PASSENGERS | REPORTS PER 1,000 PASSENGERS |
| 1 | Southwest | 219,252 | 55,372,380 | 3.96 | 213,409 | 50,038,588 | 4.26 |
| 2 | Continental | 130,548 | 32,266,438 | 4.05 | 150,466 | 32,056,464 | 4.69 |
| 3 | America West | 77,999 | 17,821,705 | 4.38 | 80,175 | 16,646,977 | 4.82 |
| 4 | USAir | 285,139 | 55,443,287 | 5.14 | 272,782 | 55,691,561 | 4.90 |
| 5 | Delta | 482,004 | 92,856,809 | 5.19 | 435,807 | 82,472,385 | 5.28 |
| 6 | Northwest | 233,456 | 43,689,441 | 5.34 | 260,903 | 41,243,990 | 6.33 |
| 7 | American | 343,039 | 62,660,341 | 5.47 | 322,841 | 63,496,582 | 5.08 |
| 8 | Trans World | 131,477 | 21,465,720 | 6.12 | 126,762 | 19,891,059 | 6.37 |
| 9 | United | 480,204 | 71,369,728 | 6.73 | 359,867 | 68,739,692 | 5.23 |
| 10 | Alaska | 77,371 | 11,050,575 | 7.00 | 54,787 | 9,524,093 | 5.75 |
| | Total | 2,460,487 | 463,996,382 | 5.30 | 2,277,599 | 439,801,371 | 5.18 |

Note: TOTAL BAGGAGE REPORTS -- For the domestic system only. These are passenger reports of mishandled baggage, including those that did not subsequently result in claims for compensation.

ENPLANED PASSENGERS -- For the domestic system only.

OFFICE OF AVIATION ENFORCEMENT AND PROCEEDINGS
U.S. DEPARTMENT OF TRANSPORTATION

# APRIL
## MISHANDLED BAGGAGE REPORTS
## FILED BY PASSENGERS

| APR '97 RANK | U.S. AIRLINES | April 1997 | | | April 1996 | | |
|---|---|---|---|---|---|---|---|
| | | TOTAL BAGGAGE REPORTS | ENPLANED PASSENGERS | REPORTS PER 1,000 PASSENGERS | TOTAL BAGGAGE REPORTS | ENPLANED PASSENGERS | REPORTS PER 1,000 PASSENGERS |
| 1 | America West | 4,381 | 1,487,873 | 2.94 | 6,012 | 1,481,887 | 4.06 |
| 2 | Continental | 9,055 | 2,847,961 | 3.18 | 9,441 | 2,785,784 | 3.39 |
| 3 | Southwest | 14,831 | 4,441,981 | 3.34 | 15,837 | 4,510,028 | 3.51 |
| 4 | Trans World | 7,383 | 1,803,688 | 4.09 | 9,046 | 1,758,191 | 5.15 |
| 5 | US Airways | 20,995 | 5,009,494 | 4.19 | 20,867 | 4,912,851 | 4.25 |
| 6 | Delta | 35,662 | 8,344,016 | 4.27 | 33,928 | 7,596,624 | 4.47 |
| 7 | American | 25,139 | 5,325,204 | 4.72 | 26,675 | 5,202,051 | 5.13 |
| 8 | Northwest | 17,616 | 3,695,321 | 4.77 | 14,707 | 3,553,635 | 4.14 |
| 9 | United | 32,651 | 5,929,072 | 5.51 | 27,878 | 5,733,358 | 4.83 |
| 10 | Alaska | 5,091 | 883,185 | 5.76 | 3,934 | 871,626 | 4.51 |
| | Total | 172,804 | 39,767,795 | 4.35 | 168,125 | 38,406,035 | 4.38 |

Note: TOTAL BAGGAGE REPORTS -- For the domestic system only. These are passenger reports of mishandled baggage, including those that did not subsequently result in claims for compensation.

ENPLANED PASSENGERS -- For the domestic system only.

## CERTIFICATE OF SERVICE

I, Heriberto Medrano, hereby certify that a true and correct copy of the above and foregoing **Plaintiff's Notice of Potential Claimants** on this 16th, day of October, 1997 sent by regular mail to counsel of record as follows:

David T. Moran
JACKSON & WALKER, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

_____
Heriberto Medrano