26

United States District Court
Southern District of Texas
FILED

DEC 01 1997

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HECTOR A. CASAS

VS.                              CIVIL CAUSE NO. B-96-207

AMERICAN AIRLINES, INC.

### PLAINTIFF'S SUPPLEMENTAL FILING ON THE MUTUAL MOTIONS FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Hector A. Casas, Plaintiff herein, by and through his Attorney of Record, Heriberto Medrano, and files this his Supplement on the Motion for Summary Judgment filed by both parties and by way of same, Plaintiff would show:

I.

Plaintiff attaches for the Court's consideration an article which appeared in the Thursday addition of the Valley Morning Star, November 13, 1997 at B5. Same is attached as Exhibit 1. The second submission is a copy of the news release issued by Defendant off its internet web page also dealing with the same subject matter. This submission is attached hereto as Exhibit 2.[1]

II.

The Exhibits conclusively establish that American Airlines knows the United States Federal Aviation Administration has exclusive rulemaking authority over passenger/baggage polices. As such, Defendant American, per force, concedes that the Federal Aviation Administration has the rulemaking authority to set minimum liability

---

[1] Plaintiff has filed an FOIA request for the actual letter request submitted by Defendant American and will provide same to the Court upon receipt.

limits.

As to the limits of liability set by the FAA applicable to our case, those limits are $1,250.00 per passenger. American has cited no FAA rule which allows them to completely **exclude** themselves from **all** liability or to limit their liability to an amount less than $1,250.00. Plaintiff again asks that his Motion for Summary Judgment on the liability issue be decided in his favor.

Respectfully submitted,

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone (956) 428-2412
Facsimile  (956) 428-2495

_____
Heriberto Medrano
Federal Bar No. 5952

## CERTIFICATE OF SERVICE

I, Heriberto Medrano, hereby certify that a true and correct copy of the above and foregoing **Plaintiff's Supplemental Filing on the Mutual Motions for Summary Judgment** this 24th, day of November, 1997 sent by regular mail to counsel of record as follows:

>David T. Moran
>JACKSON & WALKER, L.L.P.
>901 Main Street, Suite 6000
>Dallas, Texas 75202

_____
Heriberto Medrano