27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

## DEFENDANT'S OBJECTION TO PLAINTIFF'S SUPPLEMENTAL FILING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW American Airlines, Inc., Defendant, and files its Response to Plaintiff's Supplemental Filing on the Mutual Motions for Summary Judgment and would show the Court the following:

### I.

### OBJECTIONS TO PLAINTIFF'S SUMMARY JUDGMENT EVIDENCE

Defendant objects to Exhibits "1" and "2" of Plaintiff's Supplemental Filing for reasons that this summary judgment proof was filed more than twenty (20) days after the filing of Defendant's Motion for Summary Judgment in contravention of Southern District Local Rule 6(e)(1).

Defendant further objects to Exhibits "1" and "2" of Plaintiff's Supplemental Filing for reason that the Exhibits contain admissible hearsay not with any exception of the Hearsay Rule. Fed. R. Evid. 801, 802, 803.

Defendant further objects to Exhibits "1" and "2" of Plaintiff's Supplemental Filing for the reason that the evidence is untimely because it was offered six weeks after the hearing held before the Honorable Fidencio G. Garza, Jr. on October 15, 1997.

**DEFENDANT'S OBJECTION TO PLAINTIFF'S SUPPLEMENTAL FILING** - Page 1

## II.

## OBJECTIONS TO PLAINTIFF'S SUPPLEMENTAL FILING

Defendant has never disputed the authority of the Federal Aviation Administration to promulgate regulations concerning passenger baggage. The filing of this purported summary judgment evidence is not only untimely but the issue of carry-on baggage policies is totally irrelevant to any matter before this Court.

WHEREFORE PREMISES CONSIDERED, Defendant requests that this Court strike Plaintiff's Supplemental Filing and the attached summary judgment evidence for the reasons that it is untimely and totally unrelated to any issues before the Court.

Respectfully submitted,

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 (Telecopy)

By: _____
   By permission
   David T. Moran
   State Bar No. 17358700
   **Attorney in Charge**
   **James D. Struble**
   State Bar No. 19425700
   S.D. Bar No. 14276

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

DEFENDANT'S OBJECTION TO PLAINTIFF'S SUPPLEMENTAL FILING - Page 2

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record by certified mail, return receipt requested, on this 3rd day of December, 1997:

Heriberto (Eddie) Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas 78550

_____
James D. Struble

1671099.1
101490.38

**DEFENDANT'S OBJECTION TO PLAINTIFF'S SUPPLEMENTAL FILING - Page 3**