IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 05 1998

Michael N. Milby, Clerk of Court

HECTOR A. CASAS

VS.                      CIVIL CAUSE NO. B-96-207

AMERICAN AIRLINES, INC.

### PLAINTIFF'S SUPPLEMENTAL PLEADING IN RESPONSE TO AMERICAN AIRLINES' RESPONSE TO THE MAGISTRATE'S PROPOSED FINDINGS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Hector A. Casas, Plaintiff herein, by and through his Attorney of Record, Heriberto Medrano, and hereby files this Supplemental Pleading in response to the filing of American Airlines in response to the Magistrate's Proposed Findings and Conclusions of Law, and by way of this Supplemental Pleading, Plaintiff respectfully submits as follows:

I.

Still objecting to Defendant's untimely pleading, and still insisting on same, Plaintiff respectfully submits that American Airlines should be estopped from asserting any protection or limitation it might have otherwise been entitled to under 14 C.F.R. Part 254 et. seq. (limiting liability to $1,250.00 ) for the reason that American's intentional, repeated and continued violation of the section constitutes "affirmative misconduct" as that term has been defined in law and thus should be precluded from any reliance on that defense. See, REW Enterprises, Inc. v. Premier Bank, N.A., 49 F. 3d 163, 169-170 (5th Cir. 1995). Stated conversely, because American has apparently knowingly and consciously

1

disregarded this regulation, it cannot now equitably rely on its provisions to shield or protect it from liability.

   WHEREFORE, PREMISES CONSIDERED, Plaintiff prays Defendant's response be disregarded, and that the Court adopt the Magistrates' proposed order except to the extent that it limits Defendant's exposure to $1,250.00.

                              Respectfully submitted,

                              Law Offices of
                              Heriberto Medrano
                              1101 West Tyler
                              Harlingen, Texas 78550
                              Telephone (956) 428-2412
                              Facsimile   (956) 428-2495


                              _____
                              Heriberto Medrano
                              State Bar No. 13897800

2

## CERTIFICATE OF SERVICE

I, Heriberto Medrano, hereby certify that a true and correct copy of the above and foregoing **Plaintiff's Supplemental Pleading in Response to American Airlines' Response to the Magistrate's Proposed Findings** this 3rd, day of March, 1998 sent by regular mail to counsel of record as follows:

David T. Moran
JACKSON & WALKER, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

_____
Heriberto Medrano