United States District Court
Southern District of Texas
FILED

MAR 09 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HECTOR A. CASAS :

VS. : CIVIL CAUSE NO. B-96-207

AMERICAN AIRLINES, INC., :

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF LAW**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Hector A. Casas, by and through his Attorney of Record, Heriberto Medrano, and hereby makes and files this supplemental memorandum of law.

In further support of Plaintiff's contention: that Defendant American Airlines cannot (as it has in the past) intentionally, knowingly, and consciously disregarded the obligations of 14 C.F.R. Part 254, and therefore cannot equitably rely on its provisions to limit its liability to $1250, Plaintiff cites: Matter of Davidson, 947 F.2d 1294, 1297 (5th Cir. 1991) which states:

> "One form of estoppel, quasi estoppel', forbids a party from accepting the benefits of a transaction or statute and then subsequently taking an inconsistent position to avoid the corresponding obligations or effects."

Citing Kaneb Servs, Inc. v. FSCIC, 650 F.2d 78, 81 (5th Cir. Unit A July 1981) (Citing FPC V. Colorado Interstate Gas Co., 348 U.S. 492 (1955)).

Respectfully, Submitted,

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Telephone: (956) 428-2412
Facsimile:  (956) 428-2495

_____
HERIBERTO MEDRANO

## CERTIFICATE OF SERVICE

I, Heriberto Medrano, hereby certify that a true and correct copy of the above and foregoing **Plaintiff's Supplemental Memorandum of Law** was this 6th day of March, 1998 sent via certified mail to the following:

David T. Moran
JACKSON & WALKER, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

_____
HERIBERTO MEDRANO