```
                                          United States District Court
                                          Southern District of Texas
                                                   FILED

1             IN THE UNITED STATES DISTRICT COURT  MAR 17 1998

2             FOR THE SOUTHERN DISTRICT OF TEXAS

3                         BROWNSVILLE DIVISION

4
     HECTOR CASAS                 §   CASE NO. CA B-96-207
5                                 §
     VERSUS                       §   BROWNSVILLE, TEXAS
6                                 §   OCTOBER 15, 1997
     AMERICAN AIRLINES, INC.      §   2:30 TO 3:10 O'CLOCK P.M.
7
                  HEARING ON MOTION FOR SUMMARY JUDGMENT
8

9    BEFORE THE HON. FIDENCIO G. GARZA, JR., U.S. MAGISTRATE JUDGE

10   APPEARANCES:

11   For the Plaintiff:           SEE NEXT PAGE

12
     For the Defendant:           SEE NEXT PAGE
13

14   Court Recorder:              Lucia S. Gomez

15
     Courtroom Clerk:             Guadalupe Vega
16

17   Law Clerk:                   Paul Hajjar

18
     U.S. Marshal:                Alan Fry
19

20                                PREPARED BY:

21                                JUDICIAL TRANSCRIBERS OF TEXAS, INC.
                                  7135 West Tidwell
22                                Building M, Suite 112A
                                  Houston, Texas 77092
23                                (713) 462-6434
                                  (713) 462-3042
24
     Proceedings recorded by electronic sound recording, transcript
25   produced by transcription service.
```

*Loose in Brown Folder*