THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 20 1998
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| HECTOR A. CASAS, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | B-CV-96-207 |
| | * | |
| AMERICAN AIRLINES, INC. | * | |
| Defendant. | * | |

## PLAINTIFF'S MOTION TO CLARIFY ORDER

TO THE HONORABLE JUDGE OF SAID COURT;

Comes now Plaintiff, by and through his attorney Heriberto 'Eddie' Medrano, and files this Motion To Clarify the Court's previous order of March 26, 1998, regarding the judgment for Plaintiff of $1,029 'without costs'. (Exhibit 1)

Is the Court's 'without costs' ruling limited to Plaintiff's individual claim, or is the Court's ruling applicable to the entire Class, if class certification is granted?

Wherefore, premises considered, Plaintiff asks the Court to clarify the scope of its 'without costs' ruling.

Respectfully submitted,

_[signature]_

Heriberto 'Eddie' Medrano
Federal Bar #5952
1101 West Tyler
Harlingen, Texas 78550

Tel. 956-428-2412
Fax 956-428-2495

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true copy of this Motion To Clarify Order was sent via certified mail to Mr. James Struble, counsel for Defendant, this 20th day of April, 1998.

_____
Heriberto Medrano

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS,<br>Plaintiff, | * * * | |
| vs. | * * | B-CV-96-207 |
| AMERICAN AIRLINES, INC.<br>Defendant. | * * | |

## ORDER

ON THIS DAY, came for review Plaintiff's Motion To Clarify Order, and after due consideration, said Motion To Clarify is (GRANTED) (DENIED).

The 'without costs' ruling in the Court's Order of March 26, 1998, is limited to Plaintiff's 'individual' claim only.

SIGNED AND ENTERED, this ___ day of April, 1998.

_____
UNITED STATES DISTRICT JUDGE