United States District Court
Southern District of Texas
ENTERED

APR 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 24 1998

Michael N. Milby, Clerk

HECTOR A. CASAS             *
     VS                     *   C.A. NO. B96 207
AMERICA AIRLINES. INC.      *

## SCHEDULING ORDER

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **July 27, 1998**. If additional time is required, a motion requesting such extension must be filed no later than **June 26, 1998**. Failure to file such motion shall conclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than **September 25, 1998**:

  (a) the nature of the case;
  (b) contentions of the parties;
  (c) stipulations;
  (d) specific issues of fact, as they are submitted to the jury;
  (e) issues of law, if any;
  (f) list of all pending motions;
  (g) approximate duration of trial; and
  (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **October 15, 1998, 2 p.m.**

(6) Trial on the merits is set for **November, 1998**.

DONE at Brownsville, Texas, on **April 24, 1998**.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge