United States District Court
Southern District of Texas
ENTERED
MAY 21 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 21 1998
Michael N. Milby, Clerk of Court

HECTOR A. CASAS                    *

VS                                 *   C.A. NO. B96 207

AMERICAN AIRLINES, INC.            *

## O R D E R

All pending motions filed on or before April 14, 1998, are hereby **DENIED without prejudice**. Any party may re-urge any of these motions should the need arise. For purposes of timeliness and waiver, the initial date of the filing shall be controlling.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this ___21st___ day of May, 1998.

Filemon B. Vela
United States District Judge