

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | B-CV-96-207 |
| AMERICAN AIRLINES, INC. | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Plaintiff's Motion to Clarify Order. The Court declares that its earlier ruling, that the Plaintiff was to receive "$1029, without costs," is limited to the Plaintiff's individual claim. If class certification status is granted in this case and if the Plaintiff finds that he is legally entitled to recover his costs, he may attempt to do so at that time. In issuing this Order, the Court wishes to make clear that it has no opinion as to whether class certification is warranted in this case or whether court costs should be awarded in the event of class certification.

**SO ORDERED.**

DONE at Brownsville, Texas this 22nd day of May, 1998.

**FILEMON B. VELA**
United States District Judge

C:\WPTEXT\CIVIL\ORDERS.CIV\DISMISS1.ORD