United States District Court
Southern District of Texas
FILED

JUN 26 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| PLAINTIFF, | § | |
| VS. | § | CIVIL ACTION NO. B-96-207 |
| AMERICAN AIRLINES, INC., | § | JURY |
| DEFENDANT | § | |

## JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Scheduling Order of April 24, 1998, Plaintiff and Defendant hereby file this Joint Motion to Extend Deadline to File Motion for Extension of Time to Conduct Discovery and would state the following in support thereof:

I.

The discovery cut off is presently July 27, 1998. June 26, 1998 is the deadline for motions to extend the discovery deadline. Plaintiff and Defendant request this June 26, 1998 deadline be extended to July 17, 1998.

II.

Plaintiff served Defendant his Second Set of Interrogatories and Requests for Production on June 2, 1998. Defendant's answers to Plaintiff's Second Set of Interrogatories and Requests for Production are NOT due until on or about July 2, 1998, one week AFTER the Court's deadline to file Motions for Extension

1

of Time for Discovery. Likewise, Defendant served Plaintiff with its Second Set of Interrogatories and Second Request for Production on or about June 4, 1998. Plaintiff's responses are due on or about July 6, 1998, again AFTER the Court's deadline to file motions to extend the discovery. If Defendant's or Plaintiff's answers and responses to discovery should disclose the need for additional time in which to complete discovery, then an appropriate Motion may be filed for the Court's consideration. Furthermore, depending on the Court's decision on class certification, additional discovery may be necessary.

III.

Plaintiff and Defendant request the Court extend the date by which a Motion for Extension of Time for Discovery, must be filed until July 17, 1998. By extending the time in which to file a Motion for Extension of Time for Discovery the Court's original discovery deadline and trial dates are not currently affected.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that the Motion to Extend Deadline to File Motion for Extension of Time to Conduct Discovery be in all things granted to and including July 17, 1998.

Respectfully submitted,

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone (956) 428-2412
Facsimile  (956) 428-2495

Heriberto 'Eddie' Medrano
State Bar No. 13897800
Federal Bar No. 5952

2

## CERTIFICATE OF CONFERENCE

I, Heriberto 'Eddie' Medrano, do hereby certify that I consulted with Mr. David Moran, Attorney for Defendant American Airlines, Inc. who states the Defendant agrees with this Joint Motion to Extend Deadline to File Motion for Extension of Time for Discovery.

_____
Heriberto 'Eddie' Medrano

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served upon the Defendant's counsel of record by certified mail, return receipt requested, on this 26 day of June, 1998.

David T. Moran
JACKSON & WALKER, L.L.P.
901 Main Street, Suite 600
Dallas, Texas 75202

_____
Heriberto 'Eddie' Medrano

3