43

United States District Court
Southern District of Texas
FILED

JUL 2 0 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS | * | |
| VS. | * | CIVIL CAUSE NO. B-96-207 |
| AMERICAN AIRLINES, INC. | * | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE**

TO THE HONORABLE JUDGE OF SAID COURT;

Comes now Hector A. Casas, by and through his attorney Heriberto 'Eddie' Medrano, and files this Motion To Extend Discovery Deadline and would state the following in support thereof:

I.

The Court issued a scheduling order requiring parties to file by June 26, 1998, any motion to extend the discovery deadline set for July 27, 1998. Both parties filed a motion to extend the June 26, 1998 deadline until July 17, 1998, due to both sides awaiting responses to interrogatories and requests for production.

II.

Pursuant to Defendant's answers to same, Plaintiff will be filing a Motion To Compel Discovery seeking the Court Order American Airlines to provide answers to questions propounded, as well produce documents requested, relevant to issues in this case.

Additionally, and most important, Defendant has refused to make available for deposition, certain American Airline employees whom Plaintiff believes have

information and evidence relevant to the type of Class action warranted under Rule 23, the damages American is liable for, the limitations question as well as other issues that may arise depending on what further discovery reveals as to American's conduct in violating its affirmative duties under 14 CFR 254.4

Because of this delay in obtaining discovery from Defendant, Plaintiff requests the Court grant an extension of sixty days, until September 27, 1998, in which to conclude discovery, during which time the Court can rule on the Motion to Compel Discovery to be filed by Plaintiff.

Respectfully submitted,

_____
Heriberto 'Eddie' Medrano

Tex. Bar #13897800
1101 West Tyler
Harlingen, Texas  78550

Tel. 956-428-2412
Fax 956-428-2495

## CERTIFICATE OF CONSULTATION

I, the undersigned, to certify that I consulted with Mr. James Struble, counsel for American Airlines, who state Defendant is opposed to Plaintiff's Motion To Extend Discovery Deadline.

_____
Heriberto Medrano

## CERTIFICATE OF SERVICE

I, Heriberto Medrano, hereby certify that a true and correct copy of the above and foregoing **Plaintiff's Motion to Extend Discovery Deadline** was sent by certified mail on this 17, day of July, 1998 to the following counsel of record as follows:

Mr. James D. Struble
JACKSON & WALKER, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

_____
Heriberto Medrano

ClibPDF - www.fastio.com