45

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 2 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW American Airlines, Inc., Defendant, and hereby makes and files this Motion for Leave to File its First Amended Original Answer pursuant to F.R.C.P. 15(a) and in support thereof, would show the Court as follows:

I.

Defendant wishes to amend its Original Answer at this time to respond to Plaintiff's First Amended Original Complaint.

II.

Defendant moves for leave of court to file its proposed First Amended Original Answer, a true and correct copy of which is attached as Exhibit "A" to this Motion and incorporated herein by reference for all purposes.

III.

On September 26, 1997, Defendant filed its first Motion for Leave to File Amended Answer. On May 21, 1998, the Court entered an Order denying without prejudice all pending motions filed on or before April 14, 1998 and allowing any party to re-urge any of the pending motions should the

**DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER**- Page 1

CutePDF - www.foxlio.com

need arise. The Court had not ruled upon Defendant's Motion for Leave to File Amended Answer at the time of the May 21, 1998 Order and Defendant, therefore, resubmits its Motion for Leave to File Amended Answer.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests leave of Court to file its First Amended Original Answer.

Respectfully submitted,

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 (Telecopy)

By: _____ w/permission

Attorney in Charge
David T. Moran
State Bar No. 17358700
S.D. Bar No. 11261
James D. Struble
State Bar No. 19425700
S.D. Bar No. 14276

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the Plaintiff's counsel of record by certified mail, return receipt requested, on this 20 day of July, 1998.

Heriberto (Eddie) Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas 78550

_____
James D. Struble

1770085.1
101490.38

**DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER- Page 2**