IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

## ORDER GRANTING DEFENDANT'S EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

On this day came on to be heard Defendant's Emergency Motion for Extension of Time to Respond to Plaintiff's Motion for Class Certification. After reviewing the motion, as well as the pleadings on file herein, the Court is of the opinion that Defendant's Motion should be in all things GRANTED.

IT IS, THEREFORE, ORDERED that Defendant's Motion for Extension is granted and Defendant has until 20 days after the Court's ruling on Defendant's Motion to Dismiss in which to respond to Plaintiff's Motion for Class Certification.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 1998.

_____
UNITED STATES DISTRICT JUDGE

1779564 1
101490.38

United States District Court
Southern District of Texas
FILED

AUG 10 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| V. | § | B-96-207 |
| | § | |
| AMERICAN AIRLINES, INC. | § | |
| | § | |
| Defendant. | § | JURY |

## EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

COMES NOW, American Airlines, Inc. ("American"), and files this its Emergency Motion for Extension of Time to Respond to Plaintiff's Motion for Class Certification and requests that this Court extend the deadline to respond to the Motion for Class Certification to a date 20 days after the Court rules on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

### I.

### BACKGROUND

Currently pending before this Court are Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Plaintiff's Motion for Class Certification. Both motions were filed on July 31, 1998. Pursuant to Southern District Local Rule 6(D) and F.R.C.P. 6(e) Defendant's deadline to respond to Plaintiff's Motion to Certify is August 24, 1998.

### II

### DEFENDANT'S MOTION TO DISMISS

American asserts in its pending Motion to Dismiss that this Court lacks jurisdiction because Plaintiff's allegation of subject matter jurisdiction under the Federal Aviation Act and 14 C.F.R. §§253

and 254 is insufficient to properly invoke federal question jurisdiction. If this Court should grant Defendant's Motion to Dismiss based upon subject matter jurisdiction it would render moot Plaintiff's Motion for Class Certification. The judicial resources of this Court, as well as the resources of the parties and counsel involved, will best be served by extending the deadline for Defendant's response until after the Court's ruling on the dismissal motion. Defendant therefore requests that this Court grant Defendant an extension of time of 20 days after the Court's ruling on Defendant's Motion to Dismiss in which to file Defendant's response to Plaintiff's Motion for Class Certification.

### III

### EXPEDITED RULING

Defendant respectfully requests that this Court expedite consideration of Defendant's Emergency Motion for Extension of Time to Respond to Plaintiff's Motion for Class Certification.

WHEREFORE, PREMISES CONSIDERED, American respectfully requests that this Motion be in all things GRANTED and that the Court enter an order extending Defendant's deadline to respond to Plaintiff's Motion for Class Certification to 20 days after the Court's ruling on Defendant's Motion to Dismiss.

Respectfully submitted,

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone:   (214) 953-6000
Telecopier:  (214) 953-5822

By: _____ *James D. Struble (w/permission)*
Attorney in Charge
David T. Moran
State Bar No. 14419400
S.D. Bar No. 11261
James D. Struble
State Bar No. 19425700
S.D. Bar No. 14276

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

### CERTIFICATE OF CONFERENCE

This is to certify that a conference was held on August 7, 1998 with opposing counsel for Plaintiff, Heriberto (Eddie) Medrano on Defendant's Emergency Motion for Extension of Time to Reply to Plaintiff's Motion for Class Certification and that Plaintiff's counsel was not in agreement with this motion.

_____ *James D. Struble (w/permission)*
David T. Moran

### CERTIFICATE OF SERVICE

This is to certify that on the 7th day of August, 1998, a true and correct copy of the above and foregoing Defendant's Emergency Motion for Extension of Time to Respond to Plaintiff's Motion for Class Certification has been sent by certified mail, return receipt requested and by facsimile to counsel of record, Heriberto Medrano, 1101 West Tyler, Harlingen, Texas 78550.

_____ *James D. Struble (w/permission)*
David T. Moran

1779547.1