55

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

AUG 20 1998

Michael N. Milby
Clerk of Court

Hector A. Casas                    §
                                   §
versus                             §       CIVIL ACTION B-96-207
                                   §
American Airlines, Inc.            §
                                   §

## CONFERENCE MEMORANDUM

*Appearances.*

Counsel:                                   Representing:

_Midlano_                                  _Pitty_
_Stressbel_                                _American Airlines_

Date: 8-20-98                              Reporter: _____

At the conference, these rulings were made:

Motion for Emergency extension denied
Set hr/dismiss for hearing third
week of September.
C. Ray to set w/ attys for
mutually convenient hearing date w/
response by Am. Air. to be filed 10
days prior hearing date

_____
_____
_____
_____
_____
_____
_____

☐ Trial preparation to be completed by: _____

☐ All motions not expressly decided are denied without prejudice.

*Scheduling*:

☐ Review deadline _____

☐ A scheduling order is in effect.

☐ Counsel are to complete and return a scheduling order by:

☐ A pretrial conference   ☑ A hearing ( Motion To Dismiss )
is set for: September 17, 1998 at 2:00 p.m.

*Trial*:

☐ Jury   Estimated days to try (at 5.5 hours per day): _____

☐ Bench

☐ Trial set: _____ Time: _____

Joint PTO due: _____

☐ Scheduling Order signed

File this memorandum and enter rulings.

_____
Hilda G. Tagle
United States District Judge