56

United States District Court
Southern District of Texas
ENTERED
AUG 24 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 20 1998
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR A. CASAS | * | |
| Plaintiff, | * | |
| VS. | * | Civil Action No. B-96-207 |
| | * | |
| AMERICAN AIRLINES, INC. | * | |
| Defendant, | | |

## ORDER

ON THIS DAY, came for review Plaintiff's Response Opposing Defendant's Emergency Motion For Extension Of Time To Respond To Plaintiff's Motion For Class Certification, and after due consideration, it is hereby ORDERED that said Emergency Motion For Extension Of Time To Respond be in all things (DENIED) (~~GRANTED~~).

SIGNED AND ENTERED this 20 day of August, 1998.

_____
UNITED STATES DISTRICT JUDGE

5