IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

## DEFENDANT'S RESPONSE IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant American Airlines, Inc. ("American"), and files this Response in Opposition to Plaintiff's Motion for Class Certification and shows:

### I.

### FACTUAL BACKGROUND

Plaintiff Hector A. Casas was a passenger on an American flight from Orlando, Florida, to Dallas/Fort Worth International Airport, with a continuing flight to Harlingen, Texas. One of the bags Plaintiff checked at the Orlando Airport contained a video camera and related accessories. When Plaintiff arrived in Harlingen, the bag containing the video camera could not be found, despite an extensive search by American.

Plaintiff made a claim to American and alleged the lost camera had a value of $1,029. American denied the claim based upon an explicit provision in Plaintiff's ticket contract which disclaimed liability for lost cameras. Specifically, American's Conditions of Carriage provide:

DEFENDANT'S RESPONSE IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION - Page 1