64

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

*Casas* §
§
versus §
§   CIVIL ACTION B-96-207
§
*American Airlines* §
§

United States District Court
Southern District of Texas
FILED
SEP 16 1998
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
SEP 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### Order Resetting Hearing

The hearing set ___9-17-98___ has been reset to:

___9-23-98___,

at ___4:00___ p.m.

Signed on ___Sep. 16___, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge