65

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 18 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR A. CASAS, Plaintiff | ) | |
| Vs. | ) | Civil Cause No. B-96-207 |
| AMERICAN AIRLINES, INC. Defendant | ) | |

**Plaintiff's Proposed Notice of Class Action**

TO THE HONORABLE JUDGE OF SAID COURT;

Comes now Hector A. Casas, Plaintiff, by and through his attorney Heriberto 'Eddie' Medrano and files this Proposed Notice of Class Action for the Court's consideration and approval. Plaintiff requests this Notice of Class Action be approved for mailing to all potential class members if this Court decides to certify a class action against American Airlines, Inc., based on the previously submitted Plaintiff's Motion For Class Certification.

Respectfully submitted,

Heriberto 'Eddie' Medrano
Attorney for Plaintiff
Fed. I.D. # 5952
Texas Bar # 13897800

1101 West Tyler Street
Harlingen, Texas 78550

Tel. (956) 428-2412
Fax (956) 428-2495

ClibPDF - www.fastio.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| HECTOR A. CASAS, | ) | |
| Plaintiff & Class Representative | ) | |
| Vs. | ) | Civil Cause No. B-96-207 |
| | ) | |
| AMERICAN AIRLINES, INC. | ) | |
| Defendant | ) | |

# NOTICE OF CLASS ACTION

**This notice may affect your rights.**
**Please read carefully.**

Si usted desea obtener una copia de este documento legal in Espanol, favor de actuar immediatamente y escribir a:

Lic. Heriberto 'Eddie' Medrano
1101 West Tyler
Harlingen, Texas 78550

TO: (Name of Class Member)

Your rights may be affected by a lawsuit pending in this court, Civil Action No. B-96-207. Hector A. Casas, Plaintiff, in his individual capacity and also as Class Representative, has filed a lawsuit against American Airlines, Inc.

The lawsuit charges American Airlines, Inc. violated a federal law (14 CFR 254) which entitles passengers to be compensated up to $1,250 for American Airlines' loss of a passenger's personal property, including baggage. The lawsuit charges that American Airlines' denial of liability and complete failure to compensate passengers for certain lost baggage items (labeled 'Excluded Items'), based on the airline's 'Notice of Exclusion' defense as to these 'Excluded Items' as stated in its Contract of Carriage, is illegal.

'Excluded Items' include Jewelry, Cash, Cameras, Camera Equipment, Computers, Computer software, Business documents, Electronic Equipment and Other Similar Valuable items.

The District Court has ruled on Plaintiff's/Class Representative's individual case and entered a judgment in favor of Plaintiff/Class Representative, awarding him the full



ClibPDF - www.fastio.com

amount of his claimed damages up to $1,250 as mandated by 14 CFR 254, and also declared invalid American Airlines' 'Notice of Exclusion' defense.

However, some matters have arisen during the preparation of this case for trial that affect passengers who have also suffered the loss of an 'Excluded Item' by American Airlines for which no compensation was made by the airline. The purpose of this notice is to advise you (who have been identified as possibly being such a passenger) of these events and their potential effect on your rights.

## Class Action Ruling

The District Court has ruled that this lawsuit may be maintained as a claim for damages, injunctive relief, attorneys' fees, and costs not only by Hector A. Casas/Plaintiff individually, but also on behalf of a class consisting of certain other American Airlines passengers who were denied compensation for the airline's loss of their 'Excluded Item'.

The Court has named Mr. Hector A. Casas as representative of the class and his attorney, Mr. Heriberto 'Eddie' Medrano, as counsel for the class.

The class consists of those persons throughout the United States and its territories that:

1. Traveled as a passenger,
2. On a domestic American Airlines or American Eagle flight, and
3. Suffered the loss of personal property, including baggage on that flight, and
4. Filed a lost baggage claim with American Airlines, and
5. Listed in that lost baggage claim the loss of an 'Excluded Item', such as: Jewelry, Cash, Cameras, Camera Equipment, Computers, Computer software, Business documents, Electronic Equipment and Other Similar Valuable items, and
6. Received notice of American Airlines' denial of liability and refusal to make any compensation for its loss of that 'Excluded Item'.

This ruling by the Court of a class action does not mean that any money or injunctive relief will be obtained for passengers who were denied compensation for the loss of 'Excluded Items', because these are still contested issues that have not been decided.

Rather, the ruling means that the final outcome of this lawsuit- whether favorable to the plaintiffs or to the defendant – will apply in like manner to every class member; that is, to all American Airlines passengers who were denied compensation for the loss of 'Excluded Items', described above who do not timely elect to be excluded from the class (please see below).



ClibPDF - www.fastio.com

The class is limited to those persons who meet the requirements stated above and who received the notice from American Airlines denying liability and compensation for the 'Excluded Item' since November 1, 1992 to the present.

## Election by Class Members

If you fit the above description of a class member, you have a choice whether or not to remain a member of the class on whose behalf this suit is being maintained. Either choice will have its consequences, which you should understand before making your decision.

**Option One:** - If you want to be excluded from the class, you must complete the Enclosed form ("Exclusion Request") and return it to Attorney Heriberto 'Eddie' Medrano, Class Counsel – American Airlines Litigation, 1101 West Tyler, Harlingen, Texas 78550, by mail postmarked no later than ____*[date]*____. By making this election to be excluded,

(a) you will not share in any recovery that might be paid to American Airline passengers as a result of trial or settlement of this lawsuit;

(b) you will not be bound by any decision in this lawsuit favorable to the defendants; and

(c) you may present any claims you have against the defendants by filing your own lawsuit, or you may seek to intervene in this lawsuit.

**Option Two:** - If you want to be included and remain a member of the class, DO NOT file the "Exclusion Request". You are not required to do anything at this time. By remaining a class member, any claims against the defendant for damages under the federal laws arising from the defendant's conduct as alleged by the class representative will be determined in this case and cannot be presented in any other lawsuit.

## Rights and Obligations of Class Members

If you remain a member of this class:

1. Mr. Hector A. Casas and his attorney Mr. Heriberto 'Eddie' Medrano, will act as your representative and counsel for the presentation of the charges against the defendant. If you desire, you may also appear by your own attorney. You may also seek to intervene individually and may advise the court if at any time you consider that you are not being fairly and adequately represented by Mr. Casas and his attorney.



ClibPDF - www.fastio.com

2. Your participation in any recovery, which may be obtained from the defendant through trial or settlement, will depend on the results of this lawsuit. If no recovery is obtained for the class, you will be bound by that result also.

3. You may be required as a condition to participating in any recovery through settlement or trial to present evidence respecting you loss of the 'Excluded Item'. (You should therefore, preserve any documents reflecting this loss.)

4. You will be entitled to notice of any ruling reducing the size of the class and also to notice of , and an opportunity to be heard respecting, any proposed settlement or dismissal of the class claims. (For this reason, as well as to participate in any recovery, you are requested to notify the class counsel, Mr. Heriberto 'Eddie' Medrano, of any corrections or changes in you name or address.)

## Further Proceedings

As noted above, although the court has entered a judgment in favor of Plantiff/Class Representative, some legal issues, substantial discovery and other pretrial proceedings remain to be done. Trial of the cases is not likely to occur before __*[date]*__. You may communicate with Class Counsel, Mr. Medrano, if you have evidence you believe would be helpful to establish the class claims, and you may be asked by the parties to provide information relevant to the case.

## Additional Information

Any questions you have concerning the matters contained in this notice (and any corrections or changes of name or address) or if you wish to communicate with Class Counsel as your attorney in this litigation, you may do so by writing or calling:

Attorney Heriberto 'Eddie' Medrano
Class Counsel – American Airlines Litigation
1101 West Tyler
Harlingen, Texas 78550

Tel. (956) 428-2412
Fax (956) 428-2495

DO NOT direct your questions to the court. Direct them to Class Counsel.

You may of course, seek the advice and guidance of your own attorney if you desire. The pleadings and other records in this litigation may be examined and copied at any time during regular office hours at the office of the U.S. District Clerk, U.S. Post Office Building – Federal Building, 500 East 10th Street, Brownsville, Texas 78520.



ClibPDF - www.fastio.com

## Reminder As To Time Limit

If you wish to be excluded from the class on whose behalf this action is being maintained, return the completed "Exclusion Request" to Class Counsel by mail postmarked on or before the ___*[date]*___.

Dated: ______________________________

______________________________
Clerk of the Court
United States District Court
U.S. Post Office – Federal Bldg.
500 East 10th Street
Brownsville, Texas 78520

-----------------------------------------------------------------------------------------------

(Fill out this form ONLY *IF YOU WANT TO BE* '**EXCLUDED'** FROM THE CLASS)

## Request For Exclusion

***(Read the enclosed legal notice carefully before filling out this form.)***

I, the undersigned, have read the notice of class action, dated __________, and do NOT wish to remain a member of the plaintiff class certified in the case of Hector A. Casas v. American Airlines, Inc., Civil Cause No. B-96-207, in the United States District Court for the Southern District of Texas.

Date: ____________________ Signature: ______________________________
(name of passenger)

Address: ______________________________

______________________________

If you want to exclude yourself from the class, you must complete and return this form by mailing **before ___[date]___**, to:

Attorney Heriberto 'Eddie' Medrano
Class Counsel – American Airlines Litigation
1101 West Tyler
Harlingen, Texas 78550



ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HECTOR A. CASAS

VS. CIVIL ACTION NO. B-96-207

AMERICAN AIRLINES, INC.

**ORDER**

On this day, came for review **Plaintiff's Proposed Notice of Class Action**, and after due consideration, it is hereby ORDERED that Plaintiff's Proposed Notice of Class Action be in all things approved. This Notice of Class Action shall be mailed to all potential class members pursuant to the Court's ruling concerning Class certification.

SIGNED this the _____ day of _______________, 1998.

_______________________________
JUDGE PRESIDING

ClibPDF - www.fastio.com

# CERTIFICATE OF SERVICE

I, Heriberto Medrano, hereby certify that a true and correct copy of the above and foregoing ***Plaintiff's Proposed Notice of Class Action*** was sent via facsimile and regular mail on this 17th , day of September, 1998 to the following counsel of record as follows:

Mr. James D. Struble
JACKSON & WALKER, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

Heriberto Medrano

ClibPDF - www.fastio.com