70

# CIVIL COURTROOM MINUTES

| | |
|---|---|
| JUDGE | Hilda G. Table |
| CASE MANAGER | Letty Garza |
| LAW CLERK | ☐ Trevino  ☒ Spencer  ☒ Paul |

United States District Court
Southern District of Texas
FILED
SEP 23 1998
Michael N. Milby
Clerk of Court

| | | | |
|---|---|---|---|
| DATE | 9 | 23 | 98 |

| TIME | 4:01 p.m. | 5:45 p.m. |
|---|---|---|

| CIVIL ACTION | B | 96 | 207 |
|---|---|---|---|

| STYLE | Hector Casas |
|---|---|
| | versus |
| | American Airlines |

## DOCKET ENTRY

(HGT) ☒ Hearing; _____ day ☐ Bench ☐ Jury Trial    (Rptr. Brent Record )
                    (me.)       (bntrl)   (jytrl)

Hector A. Casas _____ for ☒ Ptf. # _____ ☐ Deft. # _____
Heriberto Medrano _____ for ☒ Ptf. # 01 ☐ Deft. # _____
David T. Moran _____ for ☐ Ptf. # _____ ☒ Deft. # 01
_____ for ☐ Ptf. # _____ ☐ Deft. # _____

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☒ Argument heard on: ☒ all pending motions; ☒ these topics:
Def → MT Dismiss for Lack of Jurisdiction #47 - Denied
Plaintiff MT Certify Class Action #46

☒ Motions taken under advisement: #46

☐ Order to be entered.

☐ Misc. review deadline set #46 11-23-98

☒ Rulings orally rendered on:
Plaint. Motion to Leave - Granted
D's Motion to Leave - Granted