lmv

United States District Court
Southern District of Texas
ENTERED

SEP 25 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HECTOR A. CASAS            *

      VS                   *   C.A. NO. B96 207

AMERICAN AIRLINES, INC.    *

### MEMORANDUM ORDER

On September 23, 1998, a hearing was held on the above-styled and numbered proceedings. This Court has read the parties' pleadings and listened to their counsel's argument and is of the opinion that:

> The three motions for extension of discovery deadlines (42-1, 43-1, 44-1) should at this time be **DENIED**.
>
> Defendant AMERICAN AIRLINES, INC.'s Motion for Leave to File an Amended Answer (45-1) should be **GRANTED**.
>
> Plaintiff's Motion to File a Second Amended Complaint (49-1) should be **GRANTED**.
>
> Plaintiff's Motion to Strike (61-1) is now **MOOT**.

Defendant's Motion to Dismiss for Lack of Jurisdiction (47-1) should be **DENIED**.

Plaintiff's Motion for Class Certification (46-1) should be taken **UNDER ADVISEMENT** with a ruling to be made within 60 days. Should any party consider filing a post hearing brief, such brief should be filed no later than fifteen days of receiving this Order. Both parties are invited to consider, in the alternative, the submission of proposed subgroups of classes within the next fifteen days.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 23rd day of September, 1998.

                                    Hilda G. Tagle
                                    United States District Judge