79

1    IN THE UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF TEXAS
2             BROWNSVILLE DIVISION

# ORIGINAL

United States District Court
Southern District of Texas
FILED

NOV 05 1998

Michael N. Milby, Clerk of Court

3    _____
                                     )
4    HECTOR A. CASAS                 )
                                     )   CIVIL ACTION NO.
5    VS.                             )   96-CV-207
                                     )
6    AMERICAN AIRLINES, INCORPORATED )
                                     )
7    _____

8

9            MOTION TO DISMISS FOR LACK
                OF JURISDICTION HEARING
10     BEFORE THE HONORABLE HILDA G. TAGLE
                SEPTEMBER 23, 1998

11

12   APPEARANCES:

13   For the Plaintiff:        MR. HERIBERTO MEDRANO
                               Attorney at Law
14                             Brownsville, Texas

15   For the Defendant:        MR. DAVID T. MORAN
                               Attorney at Law
16                             Dallas, Texas

17   Transcribed by:           BRECK C. RECORD
                               Official Court Reporter
18                             500 E. 10th Street, Suite 420
                               Brownsville, Texas  78520
19                             (956)544-4111

20

21

22

23

24


          Captured and Transcribed by Computer - Eclipse