

```
                                        United States District Court
                                         Southern District of Texas
                                                ENTERED
     IN THE UNITED STATES DISTICT COURT    DEC 0 4 1998
     FOR THE SOUTHERN DISTRICT OF TEXAS
             BROWNSVILLE DIVISION        Michael N. Milby, Clerk of Court
                                         By Deputy Clerk
```

| | | |
|---|---|---|
| HECTOR A. CASAS | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-96-207 |
| AMERICAN AIRLINES, INC. | * | |

O R D E R

Before this Court is Plaintiff's Motion for Class Certification and Defendant's opposition to same. This Court has read the parties' pleadings, listened to their counsel's arguments and considered the issues raised in light of the record and the applicable law and is of the opinion that:

1. The injuctive relief sought should be granted.

2. Sufficient evidence has been adduced to establish numerosity and typicality requirements.

3. Mr. Casas may serve as a class representative.

4. This Court shall not consider presiding over a multitude of small claims.

5  A class action may be certified as to liability only and leaving the amount of damages to be adjusted through the regular claim adjustment mechanism available at American Airlines.

6. Alternative forms to class certification would be considered if they would lead to a fair and efficient resolution of this cause of action.

The above findings do not constitute a ruling but a preliminary finding intended to guide the parties in attempting to negotiate their differences.

A status conference is hereby set for Friday, December 11, 1998 at 3:00 p.m.

It is so Ordered.

Done at Brownsville, Texas, this 2 day of December, 1998.

```
                              _____
                                  Hilda G. Tagle
                              United States District Judge
```

```
                                            United States District Court
                                            Southern District of Texas
                                                     ENTERED

                                               DEC 0 4 1998

                                            Michael N. Milby, Clerk of Court
                                            By Deputy Clerk
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-93-217 |
| EVARADO GARCIA, ET AL | * | |

<u>O R D E R</u>

Before this Court is Defendants' Motion for Summary Judgment and Plaintiff's opposition to same. This Court has read the parties' pleadings and considered the issues raised in light of the record and the applicable law and is of the opinion that: (1) Defendants' Motion for Summary Judgment should be denied, at this time and, (2) an evidentiary hearing should be set on January 22, 1999 at 3:00 p.m.

It is so Ordered.

Done at Brownsville, Texas, this ___2___ day of December, 1998.

_____
Hilda G. Tagle
United States District Judge