82

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

DEC 11 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

Casas

§
§
§
versus                              §        CIVIL ACTION 96-207
§
§
American Airlines                   §
§

## Order Resetting Conference

The ~~pretrial~~ Status conference set __12-11-98__, has been reset to:

__1-14-99__,

at __9:30__ A..m.

Signed on __December 11th__, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
updateddl.