84

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 3 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR A. CASAS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

## DEFENDANT'S MOTION TO RESCHEDULE STATUS CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW American Airlines, Inc. ("American"), Defendant, and moves the Court to reschedule the Status Conference set for January 14, 1999, and would show as follows:

1.

The Court has set a Status Conference for 2:00 p.m. on January 14, 1999. Defendant respectfully requests a very short continuance and resetting of this Status Conference to next week or another date convenient to the Court and opposing counsel.

2.

The reason for the request is that American Airlines, Inc. has recently retained local counsel, Mr. Jorge Rangel, and desires to have Mr. Rangel attend the hearing. Mr. Rangel has a conflict with January 14, 1999, and therefore Defendant requests a short resetting of the Status Conference.

3.

This request is not for delay, but rather that justice be done.

WHEREFORE, PREMISES CONSIDERED, American Airlines, Inc. respectfully prays that its Motion to Reschedule the Status Conference be GRANTED, and that the Court reset it to a date convenient to the Court, and for further relief, at law or in equity, to which Defendant is justly entitled.

Respectfully submitted,

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 (Telecopy)

By: _____
**David T. Moran**
State Bar No. 14419400

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

## CERTIFICATE OF CONFERENCE

On January 12, 1998, I conferred with Plaintiff's counsel, Mr. Heriberto (Eddie) Medrano, regarding this Motion. Mr. Medrano's office advises that he opposes a resetting of the hearing.

_____
David T. Moran

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served upon the Plaintiff's counsel of record by telecopier and by certified mail, return receipt requested, on this 12th day of January, 1999.

Heriberto (Eddie) Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas 78550

_____
David T. Moran

**DEFENDANT'S MOTION TO RESCHEDULE STATUS CONFERENCE**                             Page 3
1845579.1