86

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HECTOR A. CASAS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

## ORDER

Came on to be considered Defendant's Motion to Reschedule Status Conference, and the Court, having considered the Motion, is of the opinion that the Motion is well taken and should be ~~GRANTED~~. Denied

IT IS THEREFORE ORDERED that Defendant's Motion to Reschedule Status Conference be and same is hereby Denied, ~~GRANTED, and such Status Conference is hereby reset to~~ _____, 1999 at _____ __.m.

SIGNED this 14th day of January, 1999.

_____
UNITED STATES DISTRICT JUDGE

ORDER - Solo Page