# CIVIL COURTROOM MINUTES

87

| | |
|---|---|
| JUDGE | Hilda G. Table |
| CASE MANAGER | Letty Garza |
| LAW CLERK | ☐ Trevino  ☐ Spencer  ☑ Mayan |

United States District Court
Southern District of Texas
FILED

JAN 1 4 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DATE | 1 | 14 | 98 |
| TIME | 2:00 p.m. | 4:00 p.m. |
| CIVIL ACTION | B - 96 - 207 |
| STYLE | Casas versus American Airlines, et al |

## DOCKET ENTRY

(HGT) ☐ Hearing; ____ day ☑ Bench ☐ Jury Trial  (Rptr. Brent Record)
         (me.)          (bntrl)      (jytrl)

Heriberto Medrano _____ for ☑ Ptf. # 1    ☐ Deft. # ____
Humberto Duarte — co-counsel for Plaintiff
David Moran _____ for ☐ Ptf. # ____ ☑ Deft. # 01
Alec Bramlett - in house for ☐ Ptf. # ____ ☑ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☑ Argument heard on: ☑ all pending motions;  ☐ these topics:
   # 46-1, 72-1, 76-1, 81-1, 84-1

☐ Motions taken under advisement: _____
☑ Order to be entered. by attorney for class certification
☑ Misc. review deadline set 3-17-99 discovery should be completed
☑ Rulings orally rendered on: # 46-1 - moot, # 72-1 - Granted
   76-1 - Granted, 81-1 partially Granted and
   partially denied, # 84-1 - Denied

6-1- 7-31-      81- 12-8-
12-1  10-6-     84- 1-13
7 6    10-20