89

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HECTOR A. CASAS | * | |
| | * | |
| VS | * | C.A. NO. B96-207 |
| | * | |
| AMERICAN AIRLINES, INC. | * | |

## MEMORANDUM ORDER

Be it remembered that a status conference was held on the above-styled and numbered proceedings on January 14, 1999. The Court having read the parties' pleadings, listened to argument of counsel; and considered the issues raised in light of the record and the applicable law, is of the opinion that:

(1) Plaintiff's Motion for class certification should be granted;

(2) Discovery should resume;

(3) A 4-year statute of limitations should apply to the class member claims;

(4) The pending Motion to Compel should partially be granted and partially be denied.

The parties are urged to negotiate a discovery schedule that would allow them to complete discovery within the next 60 days.

Should a discovery dispute arise and the appropriate motion be filed, the response time to that motion should be reduced to 5 days.

**IT IS SO ORDERED.**

Done at Brownsville, Texas, this ___30___ day of January, 1999.

_____
Hilda G. Tagle
United States District Judge