ORIGINAL

90

```
 1       IN THE UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF TEXAS
 2              BROWNSVILLE DIVISION
                                            JAN 26 1999
 3    _____
                                 )          Michael N. Milby
 4    HECTOR A. CASAS            )          Clerk of Court
                                 )   CIVIL ACTION NO.
 5    VS.                        )   96-CV-207
                                 )
 6    AMERICAN AIRLINES, INCORPORATED )
                                 )
 7    _____

 8

 9              MOTION/STATUS HEARING
        BEFORE THE HONORABLE HILDA G. TAGLE
10                JANUARY 14, 1999

11    APPEARANCES:
12

13    For the Plaintiff:    MR. HERIBERTO MEDRANO
                            Attorney at Law
14                          Brownsville, Texas

15    For the Defendant:    MR. DAVID T. MORAN
                            Attorney at Law
16                          Dallas, Texas

17    Transcribed by:       BRECK C. RECORD
                            Official Court Reporter
18                          500 E. 10th Street, Suite 420
                            Brownsville, Texas  78520
19                          (956)544-4111

20

21

22

23

24

25
```

United States District Court
Southern District of Texas
FILED
JAN 26 1999
Michael N. Milby
Clerk of Court

Captured and Transcribed by Computer - Eclipse