United States District C
Southern District of T-
FILED

JAN 28 1999

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HECTOR A. CASAS, )<br>    Plaintiff )<br>Vs. )<br>)<br>AMERICAN AIRLINES, INC. )<br>    Defendant ) | Civil Cause No. B-96-207 |

**Plaintiff's Response To Defendant's Emergency Motion For Modification Of Memorandum Order Dated January 20, 1999**

TO THE HONORABLE JUDGE OF SAID COURT;

    Comes now Hector A. Casas, Plaintiff, by and through his attorney Heriberto 'Eddie' Medrano and files this response to Defendant's Emergency Motion For Modification Of Memorandum Order, and would state the following in opposition to Defendant's Motion:

I.

1.     Defendant has misapplied the time limitations period to do an interlocutory appeal pursuant to Rule 23(f) FRCP. The ten (10) day time limit to file an appeal under Rule 23(f) applies only to a District Court's "Final Judgment" Order, <u>not</u> before.

2.     The Court's Order is entitled a Memorandum Order and is not in the form of a "Final Judgment Order". Please see Rule 54 FRCP and Rule 4 FRAP.

II.

3.     Plaintiff does agree, however, with Defendant's recitation of its understanding of the Court's decisions at the January 14, 1999 hearing. Plaintiff understood the Court to rule that:

(a) Partial discovery requested by Plaintiff was to resume and be completed within sixty (60) days. Any difficulties in completing same were to be addressed to the Court for prompt action.

(b) The Court ruled that a four (4) year statute of limitations applied and ordered Defendant to provide Plaintiff with all relevant files of passengers' claims that fell within the "Defined Class" as stated in Plaintiff's Motion For Class Certification.

(c) The Court ruled that Plaintiff's Motion For Class Certification should be granted.

(d) The Court denied Plaintiff's Oral Motion reasserting the state causes of action pled in Plaintiff's Original Complaint.

(e) The Court ruled that Plaintiff should draft a proposed "Final Judgment Order" (which Defendant would review) setting out the Court's rulings on these and other legal issues both parties wished included therein for purposes of subsequently doing an interlocutory appeal pursuant to Rule 23 (f) FRCP.

Wherefore, premises considered, Plaintiff does NOT believe any modification of the Court's "Memorandum Order" dated January 20, 1999 is warranted and thus Defendant's Emergency Motion For Modification should be denied.

Respectfully submitted,

_____
Heriberto 'Eddie' Medrano

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS, | ) | |
|     Plaintiff | ) | |
| Vs. | ) | Civil Cause No. B-96-207 |
| | ) | |
| AMERICAN AIRLINES, INC. | ) | |
|     Defendant | ) | |

**ORDER**

ON THIS DAY, came for review, Defendant's Emergency Motion For Modification Of Memorandum Order Dated January 20, 1999 and after considering Plaintiff" Reply In Opposition, it is hereby ORDERED that said Motion be in all things (DENIED) (GRANTED).

SIGNED AND ENTERED this ___ day of January, 1999.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Heriberto Medrano, hereby certify that a true and correct copy of the above and foregoing **Plaintiff's Response to Defendant's Emergency Motion for Modification of Memorandum Order Dated January 20, 1999** was sent by via facsimile and regular mail on this 28th, day of January, 1999 to the following counsel of record as follows:

> Mr. David T. Moran
> JACKSON & WALKER, L.L.P.
> 901 Main Street, Suite 6000
> Dallas, Texas 75202

_Heriberto Medrano_ by permission CF
Heriberto Medrano

ClibPDF - www.fastio.com