United States District Court
Southern District of Texas
FILED

JAN 2 8 1999

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| V. | § | C. A. NO. B-96-207 |
| | § | |
| AMERICAN AIRLINES, INC. | § | |

### ENTRY OF APPEARANCE

TO THE UNITED STATES DISTRICT JUDGE:

COMES NOW, **JORGE C. RANGEL** of the law firm **THE LAW OFFICES OF JORGE C. RANGEL** and files this his Entry of Appearance as Co-Counsel for Defendant, **AMERICAN AIRLINES, INC.**

David T. Moran and Brian A. Kilpatrick of the law firm of Jackson & Walker, LLP in Dallas, Texas, will remain as Attorneys-in-Charge for Defendant **AMERICAN AIRLINES, INC.**

Please include the undersigned on your mailing and service list and forward future communications and correspondence to the undersigned at the address below.

Dated: January 27, 1999

Respectfully submitted:

David T. Moran
State Bar No. 17358700
Brian A. Kilpatrick
State Bar No. 00784392

ATTORNEYS IN CHARGE FOR
AMERICAN AIRLINES, INC.

ClibPDF - www.fastio.com

OF COUNSEL:

Jackson & Walker, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 (Facsimile)

_____
Jorge C. Rangel
Federal I.D. No. 5698
State Bar No. 16543500

CO-COUNSEL FOR AMERICAN AIRLINES, INC.

OF COUNSEL:

The Law Offices of Jorge C. Rangel
P. O. Box 2683
Suite 501 Shoreline Terrace
719 S. Shoreline Blvd.
Corpus Christi, Texas 78403-2683
(512) 883-8500
(512) 883-2611 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing, **ENTRY OF APPEARANCE OF JORGE C. RANGEL**, to be served on all counsel of record by certified mail, return receipt requested, on this 27th day of January, 1999.

_____
Jorge C. Rangel

2