95

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| PLAINTIFF, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-96-207 |
| AMERICAN AIRLINES, INC., | § § | |
| DEFENDANT. | § | |

## AGREED ORDER AMENDING
## MEMORANDUM ORDER DATED JANUARY 20, 1999

Came on this day to be considered the Defendant's Emergency Motion For Modification of Memorandum Order Dated January 20, 1999 ("Memorandum Order").

The Court hereby clarifies and orders that this Court's Memorandum Order of January 20, 1999 is hereby AMENDED to clarify that the Memorandum Order is not and is not intended to be an "order granting class action certification" for the purposes of Fed. R. Civ. P. 23(f) and that the ten day time limitation set forth in Fed. R. Civ. P. 23(f) has not commenced to run by virtue of such Memorandum Order. It is further

ORDERED, ADJUDGED and DECREED that an order under Fed. R. Civ. P. 23(f) on Plaintiff's Motion for Class Certification shall be signed and entered on or after March 22, 1999.

Signed this 01 day of Feby , 1999.

_____
United States District Judge

APPROVED AS TO FORM:

JACKSON WALKER, L.L.P.

By: _____
   David T. Moran
   State Bar No. 14419400
   901 Main Street, Suite 6000
   Dallas, Texas  75202
   Telephone No. (214) 953-6000
   Facsimile No. (214) 953-5822

   ATTORNEYS FOR DEFENDANT
   AMERICAN AIRLINES, INC.


By: _____
   Jorge C. Rangel   by DTM
   State Bar No. 16543500
   The Law Offices of Jorge C. Rangel, P.C.
   719 South Shoreline Boulevard, Suite 501
   Post Office Box 2683
   Corpus Christi, Texas 78403-2683
   Telephone No. (512) 883-8500
   Facsimile No. (512) 883-2611

   CO-COUNSEL FOR DEFENDANT
   AMERICAN AIRLINES, INC.


By: _____
   Heriberto (Eddie) Medrano
   State Bar No. 13897800
   1101 West Tyler
   Harlingen, Texas 78550
   Telephone No. (210) 428-2412
   Facsimile No. (210) 428-2495

   ATTORNEY FOR PLAINTIFF
   HECTOR A. CASAS

1853102.1