IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| DEFENDANT. | § | |

*United States District Court*
*Southern District of Texas*
*FILED* ~~Entered~~

FEB -4 1999

Michael N. Milby, Clerk of Court

## AGREED CONFIDENTIALITY ORDER

In order to expedite the flow of discovery material and protect material entitled to be kept confidential, pursuant to the Court's authority under Fed. R. Civ. P. 26(c) and with the consent of the parties, it is

ORDERED as follows:

1. All passenger loss baggage claims files documents produced by Defendant in this action shall be used solely for purposes of the preparation and trial of the action before this Court captioned <u>Hector A. Casas v. American Airlines, Inc.</u>, Civil Action No. B-96-207 (hereinafter the "Action"), including appeals and retrials, and shall not be used by Plaintiff, his attorneys, agents or other persons for any other purpose, including business, governmental, commercial, administrative, or other judicial proceedings, except as expressly authorized in writing by the producing party.

2. Documents produced herein shall be shown only to the parties and the attorneys for the parties (including partners, associates, paralegals, clerical and support personnel), and shall only be used by all such persons to prosecute this lawsuit and for no other use.

<u>**AGREED CONFIDENTIALITY ORDER**</u>                                                                                                          Page 1
1853599.1

3. The provisions of this Order shall not terminate at the conclusion of this Action. Within 120 days after final conclusion of this Action, all documents, copies and images of same that were produced by a party shall be returned to the party that produced such documents subject to reimbursement for copying cost plus shipping cost. Upon request of the producing party, each counsel of record who received the documents shall make certification of compliance herewith and shall deliver the same to counsel for the party who produced the documents not more than 120 days after final conclusion of the Action.

SIGNED this 3 day of July, 1999.

_____
United States District Judge

**AGREED CONFIDENTIALITY ORDER**  Page 2
1853599.1

AGREED:

JACKSON WALKER, L.L.P.

By: _____
David T. Moran
State Bar No. 14419400
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone No. (214) 953-6000
Facsimile No. (214) 953-5822

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

By: _____
Heriberto (Eddie) Medrano
State Bar No. 13897800
1101 West Tyler
Harlingen, Texas 78550
Telephone No. (210) 428-2412
Facsimile No. (210) 428-2495

ATTORNEY FOR PLAINTIFF
HECTOR A. CASAS