UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR - 4 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR A. CASAS | * | |
| (Plaintiff) | * | |
| vs. | * | B-96-207 |
| | * | |
| AMERICAN AIRLINES, INC. | * | |
| (Defendant) | * | |

**Plaintiff's First Motion For Continuance**

TO THE HONORABLE JUDGE OF SAID COURT;

Comes now Hector A. Casas, Plaintiff, by and through his attorney of record Heriberto 'Eddie' Medrano, and files this his First Motion For Continuance and would state the following in support thereof:

I.

The Court issued an Order on January 20, 1999 which stated: "The parties are urged to negotiate a discovery schedule that would allow them to complete discovery within the next 60 days." (Exhibit 1)

II.

Unfortunately, the large number of passenger claim files subject to discovery and the length of time it is taking to copy and produce same, the deadline set by the Court of March 20, 1999 cannot be met. The copier service hired by both Plaintiff and Defendant has stated that these files will not be copied and produced to Plaintiff until April 12, 1999 at the earliest. (Exhibit 2)

### III.

Additionally, Defendant's refusal to identify and produce for deposition the person(s) at American Airlines who ordered and carried out the destruction of thousands of passenger claim files from November 1992 through November 1994 which are encompassed by the Class as Ordered by the Court, has forced Plaintiff to file a Motion To Compel Discovery which is pending before the Court.

Wherefore, premises considered, Plaintiff requests a continuance of sixty (60) days until April 20, 1999 in which to complete discovery and provide the Court with the Proposed Order as per its rulings January 14 and Order of January 20, 1999.

Respectfully submitted,

*[signature]*

Heriberto Medrano
Attorney for Plaintiff

Texas Bar #13897800
Federal ID #5952
1101 West Tyler
Harlingen, Texas 78550

Tel (956) 428-2412
Fax (956) 428-2495