UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

ENTERED
JUL 1 2 1999
Michael N. Milby, Clerk

FILED
JUL 0 6 1999
Michael N. Milby
Clerk of Court

| | |
|---|---|
| Casas | § |
| | § |
| versus | §    CIVIL ACTION B-96-207 |
| | § |
| American Airlines, Inc. | § |

### REFERENCE TO A MASTER

COPY

1. *Appointment.*

   Under Rule 53, this case is referred to this special master:

   > Paul G. Hajjar
   > 507 E. Elizabeth
   > Brownsville, Texas 78520
   > Phone: 956/542-7793
   > Fax: 956/504-4044

2. *Procedure.*

   A. Within five business days from the entry of this order, all counsel must contact the master to arrange a schedule. If there is no agreement, the master will select dates, and the parties shall appear as directed by the master.

   B. The master shall report his findings of fact and conclusions of law by August 9, 1999.

   C. The master is instructed to consider the following issues:

       1. Whether this cause of action arises under the federal common law or under the Code of Federal Regulations.

       2. Whether American Airlines, Inc.'s contract of carriage exempting it from liability on certain items is enforceable.

105

3.  *Fee.*

   The master, in consultation with the parties, will determine initially his fee. The parties shall divide the fee equally per capita unless otherwise agreed. Fee disputes, if any, will be heard by the court on motions *after* the report.

4.  *Scheduling Order.*

   The scheduling order is suspended.

DONE at Brownsville, Texas, this ____6th____ day of July 1999.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hilda G. Tagle
　　　　　　　　　　　　　　　　　　　　United States District Judge