(11)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

JAN 1 2 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| V. | § | C. A. NO. B-96-207 |
| | § | |
| AMERICAN AIRLINES, INC. | § | |

### NOTICE OF CHANGE OF ADDRESS FOR JORGE C. RANGEL

COMES NOW, Jorge C. Rangel, one of the attorneys for Defendant American Airlines, Inc., and hereby notifies the Court and all counsel of record of his new address:

Jorge C. Rangel
The Law Offices of Jorge C. Rangel, P.C.
615 Upper N. Broadway
Suite 900 - WF238
P. O. Box 2683
Corpus Christi, Texas  78403-2683
Telephone: (361) 883-8500
Facsimile: (361) 883-2611

Respectfully submitted,

_____
Jorge C. Rangel
State Bar No. 16543500
Federal I.D. No. 5698
The Law Offices of Jorge C. Rangel
615 Upper N. Broadway
Suite 900 - WF238
P. O. Box 2683
Corpus Christi, Texas 78403-2683
(361) 883-8500
(361) 883-2611 (Facsimile)

CO-COUNSEL FOR DEFENDANT AMERICAN
AIRLINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing is being served on all counsel of record shown below in accordance with the Federal Rules of Civil Procedure on this 7th day of January, 2000:

Heriberto "Eddie" Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas 78550

_____
Jorge C. Rangel

2