115

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

United States District Court
Southern District of Texas
FILED

MAR 0 6 2000

Michael N. Milby
Clerk of Court

## DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW American Airlines, Inc., Defendant, and files this Unopposed Motion to Reschedule Status Conference and in support would show:

I.

On March 2, 2000, Defendant received the Court's March 1, 2000 Order setting a status conference for March 16, 2000. Counsel for Defendant, David Moran, has had longstanding plans to be with his wife and four children in Mexico that week of "Spring Break." Counsel for Defendant will return to the office on March 20, 2000, and, accordingly, respectfully requests that the status conference be set anytime convenient to the Court during the week of March 20, 2000 or thereafter.

II.

This request is not for delay, but rather for justice and family harmony.

**DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE** Page 1

III.

Counsel for Plaintiff, Heriberto (Eddie) Medrano, is unopposed to the relief requested.

WHEREFORE, PREMISES CONSIDERED, Defendant American Airlines respectfully prays that the Court reset the Status Conference Hearing for the week of March 20, 2000 or at any other time thereafter that is convenient to the Court.

Respectfully submitted,
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 (Telecopy)

By: _____
David T. Moran
State Bar No. 14419400

Jorge C. Rangel
State Bar No. 16543500
The Law Offices of Jorge C. Rangel
615 Upper N. Broadway, Suite 900
Corpus Christi, Texas 78403-2683
(361) 883-8500
FAX (361) 883-2611

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

**DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE** Page 2

## CERTIFICATE OF CONFERENCE

I do hereby certify that on March 3, 2000, I conferred with Heriberto 'Eddie' Medrano, attorney for Plaintiff Hector A. Casas, who states that Plaintiff is unopposed to this Motion to Reschedule Status Conference.

_____
David T. Moran

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served upon Plaintiff's counsel of record by facsimile and certified mail, return receipt requested, on this 3rd day of March, 2000.

Heriberto (Eddie) Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas  78550

_____
David T. Moran

2410111.1

**DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE**  Page 3