116

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

ORDER

Came on to be considered Defendant's Unopposed Motion to Reset Status Conference and the court after considering the Motion is of the opinion it is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Status Conference previously set for March 16, 2000 is continued and reset for _March 24_, 2000. _at 10:30 A.M._

SIGNED this _8th_ day of _March_, 2000.

_____
United States District Judge

2410156.1

ORDER

Solo Page