117

United States District Court
Southern District of Texas
FILED

MAR 2 3 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

**DEFENDANT'S MOTION TO RESCHEDULE STATUS CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW American Airlines, Inc., Defendant, and files this Unopposed Motion to Reschedule Status Conference and in support would show:

I.

A status conference is set for March 24, 2000. Defendant has retained attorney Jorge Rangel as local counsel in this action. Mr. Rangel is presently in trial in Cause No. C-24694A styled Alta Garcia Hernandez v. Haggar Apparel in the 92nd Judicial District Court of Hildago County, Texas and the trial is expected to be held over until at least March 29,2000. Therefore, he is unable to attend the hearing at the present setting. Thereafter, Mr. Rangel has trial settings the weeks of April 3, 2000, April 10, 2000, and April 17, 2000. Accordingly, Defendant respectfully requests that the status conference be set on April 24, 2000 to



ClibPDF - www.fastio.com

accommodate Mr. Rangel's schedule. However, if any of those trial setting do not go forward, the undersigned will notify the Court and make themselves available earlier.

II.

This request is not for delay, but rather that justice be done.

WHEREFORE, PREMISES CONSIDERED, Defendant American Airlines respectfully prays that the Court reset the Status Conference Hearing for April 24, 2000 and for further relief.

Respectfully submitted,
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 (Telecopy)

By:______________________
David T. Moran
State Bar No. 14419400
S. D. # 11261

Jorge C. Rangel
State Bar No. 16543500
The Law Offices of Jorge C. Rangel
615 Upper N. Broadway, Suite 900
Corpus Christi, Texas 78403-2683
(361) 883-8500
FAX (361) 883-2611

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

## CERTIFICATE OF CONFERENCE

I do hereby certify that on March 22, 2000, I attempted to confer with Heriberto 'Eddie' Medrano, attorney for Plaintiff Hector A. Casas. Mr. Medrano was out of his office.

David T. Moran

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served upon Plaintiff's counsel of record by facsimile and certified mail, return receipt requested, on this 22 day of March, 2000.

Heriberto (Eddie) Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas 78550

David T. Moran

2421063.1



ClibPDF - www.fastio.com