118

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

## ORDER

Came on to be considered Defendant's Unopposed Motion to Reset Status Conference and the court after considering the Motion is of the opinion it is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Status Conference previously set for March 24, 2000 is continued and reset for April 24, 2000. *at 10:30 Am*

SIGNED this 23 day of March, 2000.

_____
United States District Judge

2410156.1

ORDER                                                                                     Solo Page