

*11*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAR 2 8 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR A. CASAS | * | |
| VS. | * | CIVIL CAUSE NO. B-96-207 |
| AMERICAN AIRLINES | * | |

**PLAINTIFF'S MOTION TO RESCHEDULE STATUS CONFERENCE HEARING**

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW PLAINTIFF, by and through his attorney of record Heriberto "Eddie" Medrano, and files this Motion To Reschedule Status Conference Hearing currently set for Monday April 24, 2000, and would state the following in support thereof:

I.

The Court mistakenly cited in its Order that Plaintiff was unopposed to Defendant's Second Motion For Continuance. On the contrary, Plaintiff was very much opposed to this second continuance, but did not have any time in which to file a written objection.

Plaintiff's counsel instead telephoned the Court's clerk and left two messages on her answering machine specifically setting out Plaintiff's objections which were:

a. Defendant's Second Continuance is based on attorney Jorge Rangel's calendar conflict, which is irrelevant since it is attorney David Moran who is lead counsel and speaks for Defendant in all matters and previous hearings. Mr. Rangel is hired by Defendant as an additional attorney, supposedly serving the

role of "local counsel" although his offices are in Corpus Christi, Texas, approximately 160 miles north of Brownsville, Texas.

 b. Defendant (specifically attorney David Moran) previously requested a continuance because of family commitments during Spring Break, to which Plaintiff agreed although Plaintiff then had to shuffle his schedule to accommodate same.

 c. This Second Motion For Continuance was received by Plaintiff at approximately 5 p.m. Wednesday afternoon (March 23, 2000). Plaintiff's counsel was in federal court in Houston all morning on Thursday and did not arrive back in his office in Harlingen until 2 p.m.

II.

Because the Status Conference Hearing was set for Friday morning at 10:30 a.m., Plaintiff's counsel called and left a message with the Court's courtroom deputy, Ms. Cavazos, expressing Plaintiff's strong objection to another continuance being sought by Defendant, especially for the grounds stated therein.

None of Plaintiff's calls to the Court's deputy clerk were returned. Instead, at approximately 5 p.m., Plaintiff received via fax an Order signed by the Court stating that because Defendant's Second Motion For Continuance was <u>UNOPPOSED</u>, the Status Conference Hearing was being reset until April 24, 2000.

III.

Plaintiff now files this motion requesting that this Court reset this Status Conference Hearing for an *earlier date* than April 24, 2000. Plaintiff had previously been set for pretrial hearings on April 24, 2000, before Judge Nancy Atlas, U.S. District Court in Houston, Texas in a case entitled USA vs. Juan Estrada, CR-H-00134.

IV.

Plaintiff would state that this Court's Order adopting or rejecting the Findings Of Fact and Conclusions Of Law submitted by Special Master Paul Hajar as requested by the Court, will be dispositive of most of the issues in this case one way or another. A ruling by this Court on the Special Master's Report and Recommendation should not be further delayed by any further continuances being granted.

Wherefore, premises considered, Plaintiff prays this Honorable Court grant this Motion To Reschedule Status Conference Hearing and set this matter for a date as early as possible, but certainly before April 24, 2000.

Respectfully submitted,

Law Offices of
Heriberto 'Eddie' Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone:   (956) 428-2412
Facsimile:    (956) 428-2495

_____
Heriberto 'Eddie' Medrano
State Bar No. 13897800
Federal Bar No. 5952

## CERTIFICATE OF SERVICE

I, Heriberto 'Eddie' Medrano, hereby certify that a true and correct copy of the above and foregoing **Plaintiff's Motion to Resolve Status Conference Hearing** was on this 27th day of March, 2000 sent via certified mail to the following:

Mr. David T. Moran
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

**CM/RRR No.: Z 446 020 129**

HERIBERTO MEDRANO