120

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 28 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HECTOR A. CASAS, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-96-207 |
| AMERICAN AIRLINES, INC., | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on March 27, 2000, the Court considered all pending motions in *Casas v. American Airlines*, Civil Action No. B-96-207.

1. Plaintiff's motion for continuance (Dkt. No. 96) is GRANTED.
2. Plaintiff's motion to compel discovery (Dkt. No. 97) is MOOT.
3. Defendant's objection to subpoena duces tecum, motion to quash, and motion for protective order (Dkt. Nos. 101-1 & 101-2) are MOOT.
4. Plaintiff's motion requesting status conference (Dkt. No. 103) is MOOT by the Court's order of March 23, 2000, setting a status conference for April 24, 2000.
5. Defendant's motion to modify the report and recommendation of the special master (Dkt. No. 108) is MOOT.
6. Defendant's motion to modify the first amended report and recommendation of the special master (Dkt. No. 113) is TAKEN UNDER ADVISEMENT until the time of the status conference.

DONE at Brownsville, Texas, this 27th day of March 2000.

_____
Hilda G. Tagle
United States District Judge