

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-96-207 |
| AMERICAN AIRLINES, INC., | § | |
| | § | JURY |
| DEFENDANT. | § | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO RESCHEDULE STATUS CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW American Airlines, Inc., Defendant, and files this its Response to Plaintiff's Motion to Reschedule Status Conference Hearing and in support would show the following:

I.

The Court granted Defendant's Motion to Reschedule the Status Conference and set it for hearing on April 24, 2000 at 10:30 a.m. The Court should keep that hearing date and deny Plaintiff's motion.

DEFENDANT'S RESPONSE TO MOTION TO RESCHEDULE STATUS CONFERENCE Page 1

II.

Contrary to Plaintiff's motion, the Court timely received Plaintiff's counsel's objection to Defendant's motion. Further, Defendant's motion reflected that counsel for Defendant had tried to communicate with counsel for Plaintiff, as shown on the Certificate of Service.

III.

The status hearing should go forward as currently set and all parties and the Court can prepare for the hearing at that time.

WHEREFORE, PREMISES CONSIDERED, Defendant American Airlines, Inc. respectfully prays that this Honorable Court deny Plaintiff's Motion to Reschedule the Status Conference and for further relief, at law or in equity, to which Defendant is justly entitled.

> Respectfully submitted,
> JACKSON WALKER L.L.P.
> 901 Main Street, Suite 6000
> Dallas, Texas 75202
> (214) 953-6000
> (214) 953-5822 (Telecopy)
>
> By: _____
> David T. Moran
> State Bar No. 14419400
> S. D. # 11261

DEFENDANT'S RESPONSE TO MOTION TO RESCHEDULE STATUS CONFERENCE Page 2

Jorge C. Rangel
State Bar No. 16543500
The Law Offices of Jorge C. Rangel
615 Upper N. Broadway, Suite 900
Corpus Christi, Texas 78403-2683
(361) 883-8500
FAX (361) 883-2611

ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served upon Plaintiff's counsel of record by certified mail, return receipt requested, on this 5th day of April, 2000.

Heriberto (Eddie) Medrano
Attorney at Law
1101 West Tyler
Harlingen, Texas 78550

_____
David T. Moran

2427959.1

**DEFENDANT'S RESPONSE TO MOTION TO RESCHEDULE STATUS CONFERENCE** Page 3