United States District Court
Southern District of Texas
ENTERED
APR 1 3 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

122

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

*Casas* §
versus §
§ CIVIL ACTION B- 96-207
*American Airlines* §
§

Order Re-Setting Conference

1. A status conference will be held on:

   *April 27*, 2000,

   at *11:00 a*.m.

   Courtroom, Third Floor
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas 78520.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed *April 13*, 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge