125

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 27 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR A. CASAS | * | |
| (Plaintiff) | * | |
| | * | |
| vs. | * | Civil Action No. B-96-207 |
| | * | |
| AMERICAN AIRLINES, INC. | * | |
| (Defendant) | * | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff hereby gives Notice of Appeal from that part of the Order filed on September 18, 2000 by the Honorable Hilda Tagle, United States District Court Judge for the Southern District of Texas, Brownsville Division, wherein the Court denied and dismissed Plaintiff's state law causes of action against Defendant. Plaintiff's assertion that state law causes of action against Defendant are valid and not pre-empted by federal law is based on the U.S. Ninth Circuit Court of Appeals' decision in <u>Charas v. Tans World Airlines, Inc.</u>, 160 F.3d 1259 (9th Cir. 1998).

Plaintiff's Notice of Appeal is filed pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure and Rule 23(f) of the Federal Rules of Civil Procedure, as well as Title 28 United States Code, Section 2107.

Respectfully submitted,

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone:   (956) 428-2412
Facsimile:   (956) 428-2495

_____
HERIBERTO MEDRANO
Federal Bar No. 5952
State Bar No. 13897800

## CERTIFICATE OF SERVICE

I, Heriberto Medrano, hereby certify that a true and correct copy of the above and foregoing **Notice of Appeal** was on this 27th day of September, 2000 sent via certified mail to the following:

David T. Moran
JACKSON & WALKER, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

CM/RRR No.: 7000 0600 0025 9260 7202

Jorge C. Rangel
615 Upper N. Broadway, Suite 900
P.O. Box 2683
Corpus Christi, Texas 78403

CM/RRR No.: 7000 0600 0025 9260 7189

_____
HERIBERTO MEDRANO