# United States Court of Appeals

## FIFTH CIRCUIT
## OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

November 2, 2000

United States District Court
Southern District of Texas
FILED

NOV 0 6 2000

Michael N. Milby
Clerk of Court

TO:   All Counsel and Parties Listed Below:

    Misc. No. 00-56 Casas v. American Airlines, I
    USDC No. B-96-CV-207

Enclosed is a copy of the court's order granting the application(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 00-41270.

Unless the district court has granted In Forma Pauperis status, the appellant(s) should immediately pay the court of appeals' $100 docketing fee to the **district court clerk**, and notify us of the payment within 10 days from the date of this letter.

Counsel desiring to appear in this case must sign and return the attached appearance form, naming each party you represent, within 15 days from the date of this letter. If you fail to do so we will remove your name from the docket. Pro se parties do not need to file an appearance form.

By copy of this letter, I am requesting the district court to send the record on appeal immediately.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: /s/ Peter Conners
Peter Conners, Deputy Clerk

/pac
Mr Heriberto M Medrano
Mr Jorge C Rangel
Mr David T Moran
Mr Brian Allan Kilpatrick

Enclosure
cc: Mr Michael N Milby, Clerk

MOT-11

P.S. to all counsel: This case has been consolidated with 00-41137 by direction of the court.