127

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-56

HECTOR A CASAS

    Plaintiff - Respondent

v.

AMERICAN AIRLINES, INC.

    Defendant - Petitioner

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

Before JOLLY, BARKSDALE, and DENNIS, Circuit Judges.

BY THE COURT:

    IT IS ORDERED that the unopposed petition for leave to appeal under Fed. R. Civ. P. 23(f) is Granted.