ORIGINAL 128

```
                IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF TEXAS
                       BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

FEB 0 9 2001

Michael N. Milby
Clerk of Court

HECTOR A. CASAS            )
                           )
                           )  CIVIL ACTION NO.
VS.                        )  CA-B-96-207
                           )
AMERICAN AIRLINES, INC.    )
                           )

## STATUS CONFERENCE
### BEFORE THE HONORABLE HILDA G. TAGLE
### APRIL 27, 2000

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | MR. HERIBERTO MEDRANO<br>Attorney at Law<br>Harlingen, Texas |
| For the Defendant | MR. DAVID MORAN<br>Attorney at Law<br>Dallas, Texas |
| Transcribed by: | BRECK C. RECORD<br>Official Court Reporter<br>600 E. Harrison, Room 3037<br>Brownsville, Texas  78520<br>(956)548-2510 |

Captured and Transcribed by Computer - Eclipse