# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 00-41137

D.C. Docket No. B-96-CV-207

U.S. COURT OF APPEALS
**FILED**

SEP 17 2002

CHARLES R. FULBRUGE III
CLERK

HECTOR A CASAS

    Plaintiff - Appellee-Cross-Appellant

v.

AMERICAN AIRLINES, INC.

    Defendant - Appellant-Cross-Appellee

United States District Court
Southern District of Texas
FILED

OCT 22 2002

Michael N. Milby
Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before JOLLY, JONES, and BARKSDALE, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part, reversed and rendered in part, and vacated in part.

IT IS FURTHER ORDERED that appellee pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: OCT 17 2002

A true copy
Test

Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
Deputy

New Orleans, Louisiana  OCT 17 2002