IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR A. CASAS, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-96-207 |
| AMERICAN AIRLINES, INC., | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on December 5, 2002, the Court **GRANTED** Defendant's Motion For Leave For Extension Of Time To File Its Bill of Costs [Dkt. No. 131]. The Bill of Costs attached to Defendant's motion will be considered filed on December 6, 2002. Pursuant to Local Rule 54.2 and Federal Rule of Civil Procedure Rule 54(d), Plaintiff may object to the Bill of Costs within five days of the date of filing, that is December 11, 2002.

DONE at Brownsville, Texas, this 5th day of December 2002.

Hilda G. Tagle
United States District Judge