# UNITED STATES DISTRICT COURT
## Southern District of Texas

DEC 0 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| HECTOR A. CASAS<br>V.<br>AMERICAN AIRLINES, INC. | **BILL OF COSTS**<br><br>Case Number: B-96-CV-207 |

Judgment having been entered in the above entitled action on __10/22/2002__ against __Plaintiff Hector A. Casas__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $1,575.25 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | $1,605.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$ 3,180.25** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:   Heriberto Medrano

Signature of Attorney: _/s/ David T. Moran_

Name of Attorney: David T. Moran

For: Defendant American Airlines, Inc.    Date: 11/12/02

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Michael N. Milby, U.S. District Clerk    By: _/s/ Deputy Clerk_    12-6-02

Clerk of Court            Deputy Clerk    Date

# FAX COVER

To: __MR. JAMES D. STRUBLE__

Company: __JACKSON & WALKER__

Phone: __(214) 953-6000__         Fax: __(214) 953-5822__

From: __PAM CAREY, OFFICE MANAGER__

Company: __████████████████__

Phone: __(210) 412-5700__         Fax: __(210) 412-5771__

Date: __JULY 14, 1997__

Pages including this cover page:  | 1 |

### Notes:

████████ ████████████ ████████

Your order for the deposition of HECTOR A. CASAS taken on June 11, 1997 has been sent out this day. It is our firm's policy to send ████ ██ ████-██-████ █████████. This fax will serve as notice that the deposition has been sent out this day in order that you may have payment ready when it arrives. ████████ ████████ ████████ ████████

Thank you for your cooperation.

AO 44
(Rev 7/95)

# UNITED STATES DISTRICT COURT

For the  Southern  District of  Texas

## INVOICE

NUMBER: 01-05R

TO: Jackson, Walker LLP
Attn: David T. Moran
901 Main Street, Ste 6000
Dallas, TX 75202
PHONE: 214 953-6000

NOTE
MAKE CHECK PAYABLE TO:

BRECK RECORD
14 THORNHILL TRAIL
BROWNSVILLE TX 78521
(956) 548-2510

PHONE:

### TRANSCRIPTS

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 10/4/2000   DATE DELIVERED: 2/9/01 mailed

IN THE MATTER OF (CASE NUMBER AND TITLE)
Casas vs. American Airlines   96-CV-207

### CHARGES

| CATEGORY | ORIGINAL | | | 1st COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 9 | 2.40 | 21.60 | | | | | | | 21.60 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

For proceedings on (Date):
Status Conference
April 27, 2000

TOTAL:
LESS DISCOUNT FOR LATE DELIVERY:
LESS AMOUNT OF DEPOSIT:
TOTAL REFUNDED:
TOTAL DUE: 21.60

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER: Breck Record
DATE: 2/9/01

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY - FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

*U.S. GPO: 1996-661-089/60097

# Paul G. Hajjar
### Attorney at Law

April 27, 2000

5/1/00

Mr. David T. Moran
Jackson & Walker, L.L.P.
901 Main Street
Dallas, Texas 75202

Dear Mr. Moran:

Below please find an itemized invoice for my services as Special Master in the Casas v. American Airlines, Inc.- B-96-207. Please remit half of the total amount shown below, at your earliest convenience.

| | |
|---|---|
| Initial review of order of reference: | .25 hour |
| Setting up initial telephonic conference: | .25 hour |
| Telephonic conference: | .25 hour |
| Review of file at the Clerk's office : | .50 hour |
| Conference at the courthouse: | 1.25 hours |
| Reviewing the parties memoranda: | 2.25 hours |
| Legal research: | 12.50 hours |
| Drafting Report and Recommendation : | 4.00 hours |
| Reviewing the parties correspondence: | 1.00 hour |
| Conferences with Judge Tagle: | 2.50 hours |
| Preparing Amended Report : | 2.00 hours |
| TOTAL HOURS : | 26.75 hours |

TOTAL AMOUNT: 26.75 hrs. x $120.00/hr.    = $ 3,210.00

507 East Elizabeth Street
Brownsville, Texas 78520

Phones (956) 542-7793
(956) 544-7799

Fax (956) 504-4044
E-mail pghajjar@aol.com

      It has been an honor and a pleasure to work with you on that matter. Should my assistance be needed in the future, in this case or any other case, please feel free to contact me at your convenience.

Sincerely,

*Paul G. Hajjar*

Paul G. Hajjar
Attorney at Law

507 East Elizabeth Street  Phones (956) 542-7793  Fax (956) 504-4044
Brownsville, Texas 78520           (956) 544-7799  E-mail pghaajjar@aol.com

AO 44 (Rev. 7/95)

17722

# UNITED STATES DISTRICT COURT

For the **SOUTHERN** District of **TEXAS**

## INVOICE

NUMBER: 99-07-R

**TO:** JACKSON & WALKER
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

ATTN: MR. DAVID T. MORAN

PHONE: 214.953.6000

**NOTE**
**MAKE CHECK PAYABLE TO:**
BRECK RECORD
P.O. BOX 66
BROWNSVILLE, TX 78522-0066

PHONE: 956.544.4111

### TRANSCRIPTS

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 1/14/99
DATE DELIVERED: 1/26/99 mailed

IN THE MATTER OF (CASE NUMBER AND TITLE): 96-CV-207
Hector Casas V. American Airlines, Incorporated

### CHARGES

| CATEGORY | ORIGINAL | | | 1st COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 54 | $3 | $162 | | | | | | | $162 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

FEB 08 1999

For proceedings on (Date): 1/14/99

Status Hearing

TOTAL: $162
LESS DISCOUNT FOR LATE DELIVERY:
LESS AMOUNT OF DEPOSIT:
TOTAL REFUNDED:
TOTAL DUE: $162

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER: *Breck Record*
DATE: 1/26/99

(All previous editions of this form are cancelled and should be destroyed.)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY - FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

*U.S. GPO: 1998-661-089/60097