IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 13 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HECTOR A. CASAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-96-207 |
| § | |
| AMERICAN AIRLINES, INC., § | |
| § | |
| Defendant. § | |

### ORDER ON BILL OF COSTS

BE IT REMEMBERED that on March 12, 2003, the Court **ORDERED** the costs of litigation in the amount of $3,180.25 be awarded to the prevailing party Defendant American Airlines, Inc., pursuant to Rule 54(d).

DONE at Brownsville, Texas, this 12th day of March 2003.

Hilda G. Tagle
United States District Judge