IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| HECTOR A. CASAS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-96-207 |
| AMERICAN AIRLINES, INC., | § § | |
| Defendant. | § | |

### FINAL JUDGMENT

BE IT REMEMBERED, that on March 12, 2003, the Fifth Circuit having entered a judgment in favor of Defendant American Airlines, Inc., on all causes of action and this Court having reviewed and granted Defendant's Bill Of Costs, the Court enters final judgment pursuant to Federal Rule of Civil Procedure 58. The Clerk of the Court will enter all proper papers in the docket and close this case.

DONE at Brownsville, Texas, this the 12th day of March 2003.

_____
Hilda G. Tagle
United States District Court Judge