United States District Court
Southern District of Texas
FILED

JUN 19 2003

Michael N. Milby
Clerk of Court

U.S. COURT OF APPEALS
FILED
OCT 25 2002
CHARLES R. FULBRIDGE III
CLERK

RECEIVED
OCT 25 2002
NEW ORLEANS, LA

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

Hector A. Casas v. American Airlines, Inc.

No. 00-41137
00-41270

CA B-96-207

The Clerk is requested to tax the following costs against: Hector A. Casas

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket fee ($100.00) | | | | 100.00 | | | | 100.00 |
| Appendix or Record Excerpts | 10 | 77 | 0.25 | 192.50 | 10 | 77 | .25 | 192.50 |
| Appellant's Brief | 15 | 72 | 0.25 | 270.00 | 15 | 72 | .25 | 270.00 |
| Appellant's Brief : | | | | | | | | |
| Appellant's Reply Brief | 15 | 51 | 0.25 | 191.25 | | | | |
| Other: Binding cost (per spine) | 40 | 1 | 1.00 | 40.00 | 25 | | 1.00 | 25.00 |
| | | | Total $ | 793.75 | | | | |

NOTE: The Bill of Costs is due in this office within 14 days from the date of issuance of the opinion. See Fed. R. App. P. & 5th Cir. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Costs are hereby taxed in the amount of $ 587.50 this 12th day of June, 2003.

By: Todd DuBone
Deputy Clerk

Costs are taxed in the amount of $ 587.50

State of _____
County of Dallas

I Brian A. Kilpatrick, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 24th day of October, 2002.

B.A.K.
(signature)
Brian A. Kilpatrick

American Airlines
axe